JENSEN v. BAYFIELD COUNTY


ERIC SWAN

2/7/2022


Northwestern Court Reporters

(800) 628-7551

JENSEN v. BAYFIELD COUNTY

ERIC SWAN
2/7/2022

---

**Page 1**

```
              IN THE UNITED STATES DISTRICT COURT

             FOR THE WESTERN DISTRICT OF WISCONSIN

---------------------------------------------------

TRISTAN JENSEN

          Plaintiff,

     -vs-                    Case No. 20-CV-997-bbc

BAYFIELD COUNTY SHERIFF PAUL SUSIENKA

ANTHONY BUDREAU

ERIC SWAN

          Defendants.

---------------------------------------------------


              *     *     *     *     *

              DEPOSITION OF ERIC SWAN

      TAKEN ON THE 7TH DAY OF FEBRUARY, 2022

                 11:03 A.M.

              REMOTELY VIA ZOOM

          *     *     *     *     *


       Taken before Terri A. Stacken, RPR


             www.nwcourtreporters.com

             nwcr@nwcourtreporters.com

                 1-800-628-7551
```

---

**Page 2**

```
1                    APPEARANCES:

2

3        MAX T. LINDSEY, of the firm of ANICH WICKMAN

4    & LINDSEY, S.C., 220 Sixth Avenue West, Ashland,

5    Wisconsin 54806, appeared remotely via Zoom

6    representing the Plaintiff.

7        JERILYN JACOBS, of the firm of CRIVELLO

8    CARLSON, S.C., 7 South Dewey Street, Suite 120,

9    Eau Claire, Wisconsin 54701, appeared remotely

10   via Zoom representing the Defendants Bayfield

11   County, Paul Susienka and Anthony Budreau.

12       BLAKE GROSS, of the LAW OFFICE OF BLAKE

13   GROSS, LTD., 106 Main Street West, Ashland,

14   Wisconsin 54806, appeared remotely via Zoom

15   representing the Witness.

16

17

18

19

20

21

22

23

24

25
```

---

**Page 3**

```
1                        INDEX

2

3   EXAMINATION                              Page

4   of Eric Swan

5   By Ms. Jacobs                             4

6   By Mr. Lindsey                            49

7

8

9

10  OBJECTIONS

11  By Mr. Lindsey                           32,38

12  By Mr. Gross                          60,62,63,70

13  By Ms. Jacobs                          60,61,63

14

15

16  EXHIBITS

17  No. 3   Red Cliff Incident Report Form

18

19

20

21       (Original exhibit was attached to

22   original transcript and copies furnished

23   to counsel)

24

25
```

---

**Page 4**

```
1             ERIC SWAN,

2    after having been first duly sworn on oath by

3    Terri Stacken deposes and says as follows:

4             EXAMINATION

5    BY MS. JACOBS:

6    Q   Good morning, Officer Swan.

7    A   Good morning.

8    Q   My name is Jerilyn Jacobs.  We've never met, but

9    I am the attorney -- one of the attorneys here

10   that represents Sergeant Budreau and Sheriff

11   Susienka in the lawsuit brought by Tristan Jensen

12   against them and then against you as well.

13       Can you please state your name for the

14   record?

15   A   Eric Swan.

16   Q   So most of what I'm going to do today, I'm going

17   to ask you some background questions, focus a

18   large -- the majority of my questions on what

19   transpired at the Jensen-Washeleski residence on

20   the evening of February 25th, 2019.  We have a

21   copy of your report.

22       MS. JACOBS:  Blake, do you have a copy

23   of Officer Swan's Incident Report from that

24   night?

25       MR. GROSS:  We do.  Just a second and
```

---

Pages 1 to 4

JENSEN v. BAYFIELD COUNTY

ERIC SWAN
2/7/2022

Page 5

1     I'll go grab it.
2        MR. LINDSEY:  Just for the record, this
3   is Attorney Lindsey.  I was going to stop my
4   camera just so that I don't distract from the
5   initial questioning.  I am here, and I will
6   advise if I have any input.
7        Is that okay with everyone?
8        MS. JACOBS:  That's fine, with the
9   addition of if you do leave or if anybody
10   comes in your office, treat it as we're all
11   in the same deposition room and let the court
12   reporter know so she can make a notation.
13        MR. LINDSEY:  Yes.
14        MR. GROSS:  I'm back.
15 **Q  (By Ms. Jacobs, continuing) So as I mentioned, a**
16 **lot of the questions, we'll go through that**
17 **evening, we'll walk through your report, and I'll**
18 **just ask some training questions and things**
19 **regarding that, so that's what I anticipate what**
20 **this will be about.**
21     **Can you tell me who your current employer**
22 **is?**
23 A  The Red Cliff Police Department.
24 **Q  And how long have you been with the Red Cliff**
25 **Police Department?**

Page 6

1 A  I'm coming up on four years.
2 **Q  Is this your first job in law enforcement?**
3 A  No.
4 **Q  Where did you -- can you give me just a brief**
5 **history of your law enforcement history?**
6 A  I started my first law enforcement job in 1981 in
7   Davenport, Iowa.  I was a police officer in
8   Hillsboro, Wisconsin.  I was the police chief for
9   the Village of Clear Lake.  I was a deputy for
10   the Polk County Sheriff's Department.  I was the
11   detective of sensitive crimes investigator for
12   the Lac Courte Oreilles Tribal Police Department.
13   And currently a police officer for the Red Cliff
14   Police Department.
15 **Q  Did you provide me those employers in order of**
16 **which the employment occurred?**
17 A  Yes.
18 **Q  How long were you a detective at the Lac Courte**
19 **Oreilles office?**
20 A  About four years.
21 **Q  And how long were you with the Polk County**
22 **Sheriff's Office?**
23 A  About six years.
24 **Q  How long were you the police chief at, I have**
25 **Clear?**

Page 7

1 A  Clear Lake.
2 **Q  Yeah.**
3 A  I was the chief for about six years.  I was an
4   officer prior to that.
5 **Q  And then how long were you with the Hillsboro,**
6 **Wisconsin, Police Department?**
7 A  About two years.
8 **Q  Is that the time that you underwent, if you did**
9 **undergo, any law enforcement academy training for**
10 **Wisconsin?**
11 A  Yes, I did.
12 **Q  And can you just briefly tell me about what that**
13 **entailed?**
14 A  I've been through the entire recruit school or
15   police academy in Wisconsin.  It includes
16   learning basic law enforcement, learning about
17   the statutes, how to read them, how to interpret
18   them, how to apply them, learn about traffic
19   enforcement, impaired driving enforcement, use of
20   force, emergency driving, firearms, anything that
21   I would do as a police officer.  Investigations,
22   report writing.  The basics to get started in the
23   business.
24 **Q  Okay.  And since that time you've had ongoing**
25 **training throughout your 15-plus years or more in**

Page 8

1 **Wisconsin?**
2 A  Yes.
3 **Q  Present and up-to-date with all training**
4 **requirements?**
5 A  Yes.
6 **Q  What brought you to the Red Cliff Police**
7 **Department?**
8 A  I was working in the Wisconsin Department of
9   Corrections prison system and missed working the
10   road and wanted to get out of the prison system.
11   I had -- I thought the Red Cliff area was a
12   beautiful area.  It was a small department that I
13   could grow with.
14 **Q  And what is your present title?**
15 A  Police officer.
16 **Q  How big is the police department?**
17 A  Including the chief, there's six full-time
18   staff.
19 **Q  Taking you back to February 2019, same title**
20 **then, police officer?**
21 A  Yes.
22 **Q  And staff still six at that time?**
23 A  I don't recall.  Our staffing has fluctuated over
24   the last four years.  We've had as low as three
25   officers and as many as six full-time and one

Northwestern Court Reporters
1-800-628-7551

JENSEN v. BAYFIELD COUNTY

ERIC SWAN
2/7/2022

Page 9

1  part-time.
2  Q   Is it fair to say, just offhand, you don't recall
3      what the staffing was three years ago in February
4      2019?
5  A   I can only say that I normally work by myself.
6  Q   Okay.  Fair enough.  So I want to take you
7      through the events of a call that happened that
8      occurred on February 25th, 2019.
9          We'll walk through your Incident Report, but
10     first I wanted to ask you if you had any just
11     recollections on your own of that -- well, you
12     might have had many calls that day -- but of a
13     call that you did to the Jensen household?
14 A   I recall responding to that call.
15 Q   Do you remember when it was, if it was early in
16     your shift, it was late in your shift?
17 A   Well, it was late evening, maybe a third of the
18     way through my shift.
19 Q   Do you remember if you had any calls before then?
20 A   I don't recall the call volume.
21 Q   Certainly nothing that was memorable and likely
22     of the magnitude of the Jensen response?
23 A   Nothing related.
24 Q   Do you recall anything about the call coming
25     in?

Page 10

1  A   Yes.
2  Q   And where were you at that time?
3  A   I don't recall.
4  Q   What do you recall about the call coming in?
5  A   I remember it being dispatched as a physical
6      domestic with reported injuries.
7  Q   Do you remember if you were first on scene?
8  A   I was.
9  Q   And what was the state of things when you got
10     there?
11 A   A little chaotic is a word that comes to mind.
12 Q   Do you remember there being a number of people
13     there?
14 A   There was one, one male.  There were, I believe
15     there were four females.
16 Q   And when you have a domestic call like that, I'm
17     understanding you can't attach, at least at the
18     time you wouldn't be able to attach a name with
19     the person.  Like I could talk about Tristan
20     Jensen, but at that time you didn't know the
21     names of anybody perhaps.
22         When you have something like that do you
23     usually think of one as a perpetrator and another
24     as a victim?
25 A   I don't know who's who until I talk to people on

Page 11

1  scene.
2  Q   I was trying to say it without trying to label
3      any kind of criminal finding on them.  I'm just
4      trying to think of the way to best characterize
5      individuals.
6          Were you aware of -- what were you aware of
7      in terms of -- just strike that.  This is
8      horrible.
9          So when you got there, describe the nature
10     of the house.  Is it one level?  Two levels?
11 A   I would describe it as a split-level home.
12 Q   Do you know if anybody was in the downstairs
13     portion?
14 A   I didn't know that when I first arrived.
15 Q   Okay.  And when you first arrived, where did you
16     go to?
17 A   I was -- I came in the front door and met the
18     male at the front door.
19 Q   And did the male provide you information as to
20     where people were?
21 A   Yes.
22 Q   And what information did he provide you?
23 A   He told me that there was someone by the name of
24     Tristan was downstairs.  And there were, I
25     believe he said there were three females upstairs

Page 12

1  who had been battered or attacked or assaulted.
2  I don't remember the exact words he used.
3  Q   What did you do then?
4  A   I don't recall offhand if I went upstairs and
5      took a look first or if I went downstairs.
6          I think I went upstairs first and talked to
7      a couple of the females upstairs to find out
8      basically what was going on.
9  Q   At that point, and I know a lot of this happened
10     three years ago and I'm asking a lot of details
11     at this point, and we will go through your
12     report.
13         Do you have a recollection at all if the
14     person who was downstairs, if you could hear her,
15     if she was being loud enough that you could hear
16     her while being upstairs?
17 A   No.  I didn't know there was somebody downstairs
18     until I was told.
19 Q   Okay.  At some point did you go downstairs?
20 A   Yes.
21 Q   And why did you go downstairs?
22 A   I was told that the aggressor or the attacker,
23     the person who was physically violent is the best
24     way that I can describe it, was downstairs.
25 Q   And what did you encounter when you went

Northwestern Court Reporters
1-800-628-7551

JENSEN v. BAYFIELD COUNTY

ERIC SWAN
2/7/2022

Page 13

1  downstairs?
2  A   Initially, I didn't find anyone.  It was dark
3      downstairs.  I couldn't see very well without
4      using my flashlight initially, at it was quiet
5      other than me shouting and announcing my voice
6      multiple times, announcing who I was and asking
7      the person to come out.
8  Q   And where were you asking the person to come out
9      from?
10 A   I didn't know where they were coming from.  I was
11     just -- I was told that that person was in the
12     basement, and I was trying to find out where that
13     person was and was a little nervous because I
14     didn't know where they were.
15 Q   So you were calling out in general wanting that
16     person to announce themselves?
17 A   Yes.
18 Q   Do you recall how many rooms or what the layout
19     at all was like downstairs?
20 A   I would call them bedrooms, a couple bedrooms
21     downstairs, and a utility room.  There was a
22     bathroom straight ahead as I went down the stairs
23     and across the basement.
24        I don't recall more details than that as far
25     as what each room was for.

Page 14

1  Q   Did you get a response to your calling out to
2      have the person identify themselves or announce
3      themselves?
4  A   Eventually.
5  Q   And how did that person respond?
6  A   I recall a number of expletives.  A number of, I
7      call them F-bombs, directed towards me.
8  Q   Did they say where they were or could you tell
9      where the voice was coming from?
10 A   It sounded like the voice was coming from
11     straight ahead from the bathroom.
12 Q   And what did you do then?
13 A   I continued to order that person to come out of
14     there so I could see them.
15 Q   And did the person come out?
16 A   Eventually, but not on their own.
17 Q   So in between telling that person to come out and
18     that person eventually coming out, what
19     happened?
20 A   Well, that person was demanding that I give them
21     a cigarette, and they were telling me to go away
22     and leave.  They were making it very clear that
23     they were not going to cooperate and they were
24     not going to come out voluntarily or
25     cooperatively.

Page 15

1  Q   Was that a scenario at all that you had covered
2      at any point during your law enforcement
3      training?
4  A   Yes.
5  Q   And what have you been taught to do in that
6      situation?
7  A   Try starting out with verbal commands, asking the
8      person, directing the person, and trying to
9      encourage them to cooperate.
10        When that doesn't work, then going to the
11     next level of force and entering the room and
12     using my presence in that room.
13        If that doesn't work, then going to hands-on
14     or chemical agents, trying to entice the person
15     to cooperate.
16 Q   At that point were you still the only -- at that
17     point were you the only officer on the scene?
18 A   Yes, at least I was the only person in the house.
19     If anyone had arrived outside, I was not aware of
20     it, but I was the only person inside the
21     residence.
22 Q   Understood.  You started with verbal commands,
23     ask the person, direct them.
24        Did you do that in this instance?
25 A   I did.

Page 16

1  Q   And were those efforts successful in gaining the
2      individual's cooperation?
3  A   No.  I just got several nasty return comments.
4  Q   At that point could you assess an understanding
5      of whether or not that individual had been
6      drinking alcohol?
7  A   I didn't know for certain.  I was beginning to
8      suspect that.  I had not yet had a face-to-face
9      contact yet.
10 Q   So the next line is to try to enter the room and
11     use your physical presence.
12        Did you attempt to do that?
13 A   I did.
14 Q   And was that successful in gaining the
15     individual's cooperation?
16 A   Well, it was a step in that direction.  I got the
17     door partially open, and then that subject inside
18     slammed the door on my arm and pinned my arm in
19     the door.
20 Q   You said your arm was pinned in the door?
21 A   My forearm was.
22 Q   Which arm?  If you recall.
23 A   My left arm.
24 Q   I imagine that wasn't a comfortable feeling?
25 A   No.  It was painful.

Pages 13 to 16

JENSEN v. BAYFIELD COUNTY

ERIC SWAN
2/7/2022

Page 17

1  Q   What happened after that?
2  A   I was still giving verbal commands for that
3     person to cooperate and stop pushing on the door,
4     and I used my foot to wedge against the door and
5     try and force the door open enough to get my arm
6     untrapped.
7         I was then able to get my upper arm in
8     through the door so I could use my shoulder
9     rather than my forearm to try and block the door
10    from being slammed shut any further.
11 Q   Did you have anything in your hand at that
12    time?
13 A   Initially, no.
14 Q   And when you were trapped, your forearm was
15    trapped, you retracted that, then did you put
16    your arm in again with your arm not containing
17    anything, or did you grab something after,
18    immediately after you could pull your arm back
19    after your forearm had been trapped?
20 A   When I was able to get my forearm freed, I
21    retracted that partially while sliding in my
22    elbow, upper arm, shoulder area to block the
23    door.
24        Eventually, I placed a can of OC pepper
25    spray in my left hand, but I was still outside

Page 18

1     the room at that time.
2  Q   Your arm was still outside the room at that
3     time?
4  A   Well, my hand, my hand and wrist were outside the
5     room.  My elbow and my upper arm were through the
6     open doorway.
7  Q   Okay.  So at like an angle, like a V?  So your
8     elbow and forearm is in, but your hand is back in
9     the room with you?
10 A   My forearm is basically across my chest.  Like
11    I'm doing a Pledge of Allegiance with my left
12    hand.
13 Q   Okay.  And with that you were able to get your
14    elbow area or your upper arm into the room?
15 A   Yes.
16 Q   Into the bathroom.  Okay.
17        At that point did the person in the room
18    cooperate with you?
19 A   No.
20 Q   So then what happened next?
21 A   The person in the room had actually slid down the
22    door, with her back against the door, slid down
23    to the floor and had her feet wedged up against
24    the bathtub and straightened her legs out and was
25    using her legs to push her upper body into the

Page 19

1     door and into my arm.  Basically slamming her
2     body against the door, so was not just holding
3     the door, but was striking me with it.
4  Q   Putting much more pressure on it?
5  A   Yes.
6  Q   And your arm is still trapped in there?
7  A   Yes.
8  Q   What happened next?
9  A   I warned her that if she did not come out or did
10    not stop resisting, I told her that she was being
11    detained at that point, and if she didn't stop
12    resisting, I would use pepper spray on her, and I
13    then did that.
14 Q   Did she make any verbal response in between the
15    time you said you would use pepper spray or
16    warned her you would use pepper spray and the
17    time that you did deploy the pepper spray?
18 A   There was just a lot of expletives, a lot of fuck
19    yous coming from her towards me, and making it
20    very clear that she was not about to cooperate
21    with me.
22 Q   Physically was she still bracing herself against
23    the bathtub and pressing against the door?
24 A   Yes.
25 Q   So in your report you state that you -- give me

Page 20

1     just a second -- that you dispensed a one-second
2     blast of OC pepper spray towards her left
3     shoulder; is that correct?
4  A   Yes, towards the shoulder, base of the neck area.
5     The left shoulder was the closest part of her
6     body to me at that time.
7  Q   So you were getting her profile, meaning she
8     wasn't looking at you straight ahead.
9         You were getting more of a profile view of
10    her; is that correct?
11 A   I guess you'd have to describe what you mean by
12    profile view.
13 Q   Sure.  You see the side -- well, let me walk
14    through this.  Let me break this down for you.
15        So could you see her at that point?  Could
16    you look in the crack of the door and actually
17    see where she was?
18 A   I could see where her lower legs were.  I could
19    see parts of her as she was slamming the door
20    into me.  I pushed back to take the pressure off
21    my arm and I could see parts of her.
22        And I could assume from the angle of her
23    legs where her upper body was at.  And also
24    because of the pressure on the door, the door was
25    bending, so I could tell about where she was

Pages 17 to 20

JENSEN v. BAYFIELD COUNTY

ERIC SWAN
2/7/2022

Page 21

1  applying the pressure at.
2  Q   Okay.  And why did you aim towards the left
3      shoulder or neck area?
4  A   Well, our training says to dispense towards the
5      upper chest or face area, and that was the
6      closest I could get to that without seeing her
7      directly.
8  Q   Do you know where the spray made contact with her
9      on her body?
10 A   I didn't know exactly at that time.
11 Q   What happened after the initial deploy of, the
12     one-second deploy of OC spray?
13 A   I continued to verbally direct her to stop
14     resisting, to stop pushing on the door, to come
15     out, and that didn't happen.  She did not
16     cooperate, and she continued to slam on the
17     door.
18 Q   What happened next?
19 A   After warning her, I sprayed her a second time in
20     the same way I had the first, aiming at the same
21     general target area, about a one-second blast or
22     dispense again.
23 Q   And what happened after that?
24 A   She seemed to let off some of the pressure on the
25     door.  It was -- it seemed that either her knees

Page 22

1      buckled or she started to bend her legs.  It took
2      some of the fight out of her it seemed.  She
3      seemed more like she was in more discomfort than
4      in a fighting or combative or attacking mode.
5      Her voice seemed to change.
6  Q   And then were you able to enter the room at that
7      point?
8  A   I was.  I was able to force the door open and get
9      inside so that I could see her directly and see,
10     see the results of the OC and that it was
11     starting to -- starting to take a little fight
12     out of her.  Or seemed to.
13 Q   Okay.  You said started taking the fight out of
14     her.
15         Do you mean that she --
16 A   She still wasn't cooperative.  It was having an
17     effect, but it didn't subdue her.
18 Q   Okay.  So she wasn't fully complying at that
19     time?
20 A   No.
21 Q   To a certain degree, was she resisting?
22 A   I'm sorry, say that again?
23 Q   To a certain degree, was she resisting?
24 A   Oh, yes.  She had only taken some of the pressure
25     off the door.  I got in because I forced my way

Page 23

1      in, not because she let me in.
2  Q   Okay.  What happened after you entered the
3      bathroom?
4  A   I got her to stand up and told her to come out of
5      the bathroom, come out to some fresher air.  We
6      were both coughing very heavily because of the OC
7      in the air.  And she did then come out of the
8      bathroom.
9  Q   She walked on her own out?
10 A   I was holding onto her right arm.  She wasn't
11     necessarily coming with me.  She was just getting
12     out of the bathroom.
13 Q   Okay.  Was the OC spray less thick immediately
14     outside of the bathroom?
15 A   Yes.  Yes.  The bathroom was an enclosed area.
16     It's a small bathroom.
17 Q   It's fair to say the bathroom smelled strongly of
18     OC spray?
19 A   Yes.
20 Q   Did you have any chance to take a look at the
21     bathroom to see if there was any towels or
22     washcloths that were readily available there?
23 A   No.  I was -- my concern at that time was still
24     safety for myself and for the subject that was
25     fighting.

Page 24

1  Q   And once the two of you entered into the, I'll
2      call it a hallway area or landing area outside of
3      the bathroom, what happened after that?
4  A   I was trying to place -- or get the subject under
5      control where I could place handcuffs on her, and
6      she was very violently fighting back, struggling,
7      trying to free herself, trying to get away.
8          I eventually had to take her to a prone
9      position, take her facedown on the floor,
10     decentralize her, use an armbar or a front sweep,
11     and then a compression hold to get her under
12     control where I didn't feel that I was in danger
13     of being harmed anymore.
14 Q   Were you able to get her under control at that
15     the point?
16 A   Eventually.  It took a little while.
17 Q   And the point where you did have -- well, strike
18     all of that.
19         Did you put her in restraints and
20     handcuffs?
21 A   I did.
22 Q   And was that -- where did you do that?
23 A   What part of the house or what part of her body?
24 Q   Correct.  What part of the house, yes.
25 A   In the room, the main room of the basement.

Pages 21 to 24

JENSEN v. BAYFIELD COUNTY

ERIC SWAN
2/7/2022

---

Page 25

1    Outside the bathroom and where all the other
2    rooms break off of.
3  **Q   Okay.**
4  A   Probably the largest room in the downstairs.
5  **Q   That landing that's just beneath where the stairs**
6      **is?**
7  A   I'm sorry. Can you say again?
8  **Q   The landing at the end of the stairs down**
9      **there?**
10 A   At the base of the stairs, yes. The main
11     basement floor.
12 **Q   Once she was placed in restraints, were you still**
13     **the only officer down there with her?**
14 A   While I was putting the handcuffs on, officers
15     arrived, two officers arrived, and I don't
16     remember which order they arrived in, but they
17     arrived about the same time. But I was the only
18     one that was in the basement.
19 **Q   Did one of the officers come down to the**
20     **basement? If you recall.**
21 A   I don't think so. I recall being the only one in
22     the basement and had to escort her up to the
23     landing, to the front entrance by myself.
24         MS. JACOBS: Attorney Gross, if you
25     could put a copy of Officer Swan's statement

---

Page 26

1    in front of him, or his Incident Report
2    rather, in front of him. And I don't know if
3    you've got the packet that's marked 1, 2, 3.
4         MR. GROSS: I don't know if I have that
5    packet, but I do have a copy of his
6    statement.
7         Did you email the packet?
8         MS. JACOBS: Yes. We emailed it on
9    Friday. It makes no difference other than if
10   we just were working from the same copy for
11   the court reporter's sake, but it was sent --
12   I thought we forwarded it.
13        MR. GROSS: I think the last thing we
14   received from you was deposition notices.
15   I'm still looking.
16        MS. JACOBS: It actually came from my
17   assistant at 4:14, so you're looking for an
18   email from Amanda Favret.
19        MR. GROSS: Give me a second and I'll
20   print that out.
21        Okay?
22        MS. JACOBS: All right.
23        MR. GROSS: He's got a copy of his
24   report, but let me make sure everyone's
25   working off the same copy.

---

Page 27

1         MS. JACOBS: Okay.
2         MR. GROSS: I apologize for the delay.
3    Just give me a second.
4         I have the packet with Exhibits 1
5    through 3 in it.
6         MS. JACOBS: Yes. If you could put No.
7    3 in front of him, if you don't mind. The
8    first two are single pages, so if you want to
9    flip to the third page.
10        MR. GROSS: Here you go.
11 **Q   (By Ms. Jacobs, continuing) So what's in front of**
12     **you should be a seven-page document with page**
13     **numbers in the lower right-hand side that**
14     **indicate pages 1 through 7. Let me give you a**
15     **moment so you can kind of flip through it.**
16         **My question will be, is this -- can you**
17     **verify that this is an Incident Report Form that**
18     **you completed for the incident at the Jensen**
19     **residence on February 25th, 2019?**
20 A   With redactions, it does appear to be my
21     report.
22 **Q   All right. Thank you. I'd like to direct your**
23     **attention to page 3 if you wouldn't mind, and we**
24     **walked through a lot of what occurred.**
25         **And what I'd like to have you do is at the**

---

Page 28

1    **beginning of the last paragraph, the one that**
2    **starts I arrived first and alone, and go ahead**
3    **and read through that until the second page, the**
4    **end of that first full paragraph up until -- the**
5    **last two sentences we haven't got to yet -- but**
6    **if you can read all the way up through that, and**
7    **my question will be if this is consistent with**
8    **your memory of that evening.**
9  A   (Witness complies)
10 **Q   You've had an opportunity to look that over?**
11 A   Yes.
12 **Q   Was everything in that paragraph that starts on**
13     **page 3 and carries over to page 4 consistent with**
14     **your memory of that evening?**
15 A   It is. It clarifies that I didn't actually go
16     upstairs to start with. I went downstairs to
17     deal with the primary aggressor once that person
18     had been pointed out as such.
19         And it also refreshed my memory that Tristan
20     challenged me to come into the bathroom, said
21     come and get me.
22         And also that as we exited the bathroom, it
23     changed from you are being detained to you are
24     under arrest.
25 **Q   We had gone through the events up until you were**

---

Pages 25 to 28

Northwestern Court Reporters
1-800-628-7551

JENSEN v. BAYFIELD COUNTY

ERIC SWAN
2/7/2022

Page 29

1 able to get Ms. Jensen up to the landing area at
2 the street level.
3       Do you recall at that point -- I'll ask this
4 question broader.
5       Do you have any recollection as to when
6 Ms. Jensen began complaining of her eyes hurting,
7 being irritated, stinging, anything of that
8 nature?
9 A   She was complaining in general from the moment I
10 first sprayed her.  I don't recall her talking
11 specifically about her eyes until we were up at
12 the front landing, the front door getting ready
13 to go outside from that point on.
14 Q   Taking it a step back a moment, we talked about,
15 a little bit about your training generally.
16       What I'd like to do now is just get into a
17 little bit, ask you a few questions about the
18 training that you've received regarding not the
19 deployment of OC spray, but have you ever
20 received any training regarding decontamination
21 or aftercare following the deployment of OC spray
22 or a similar spray?
23 A   Yes.
24 Q   And what training have you received?
25 A   I was trained that one of the best things is to

Page 30

1 get out into fresh air, get a little bit of
2 breeze into your eyes, try to control your
3 breathing so you don't -- stay calm and try and
4 relax your body so that you can get your eyes
5 open, or force your eyes open so that air can get
6 into your eyes.
7       If facilities are available, get into some
8 cooler, cold water to flush the eyes out.  That
9 helps also.  But it seems that most of the
10 opinions I've received or the training I received
11 is that the cool air does about as good as
12 anything, for the short-term.
13       Eventually you want to get in the shower and
14 get that out of your eyebrows and your hair and
15 whatnot so it doesn't get reactivated later.  But
16 initially, cool air is about the best.
17 Q   I also want to get into -- ask you a few
18 questions about the training that you've received
19 in terms of responses to domestic disturbances,
20 domestic violence calls.
21       What training have you, we'll start
22 generally, what training generally have you had
23 about what steps to take when arriving at a
24 situation with an alleged victim, or a seeming
25 victim and a seeming aggressor or perpetrator?

Page 31

1 A   My recall is a little bit different.  I've been
2 taught first of all I need to make sure that I
3 stay safe, that any other officers working with
4 me stay safe so that we can then help others on
5 scene, protect the innocent parties that are
6 involved, the non-aggressors.  And then lastly,
7 worry about the safety of the aggressor or
8 attacker or the person that's reportedly causing
9 the harm.
10 Q   At this point when Ms. Jensen, the person later
11 identified as Ms. Jensen, is on that front
12 landing, where were the other individuals,
13 non-law enforcement individuals in the house?
14 Where were they then?
15 A   I was under the impression that they were all
16 still upstairs.  I had not seen them leave, but I
17 was distracted by Ms. Jensen up to that point.
18 Q   Ms. Jensen has put forth the theory or the
19 suggestion that one of the ways in which
20 decontamination could have occurred would have
21 been for somehow water transported, be it cloth
22 or something, from the upstairs down to the front
23 level.
24       Was any consideration given by you in doing
25 something like that?

Page 32

1       MR. LINDSEY:  Objection to the form of
2 the question.
3 Q   (By Ms. Jacobs, continuing) You can go ahead and
4 answer.
5 A   That's not -- nothing that I considered seriously
6 at that point.  I've never been trained to do
7 that, to decontaminate anyone on scene who's
8 combative and fighting and attacking, or anyone
9 for that matter.
10 Q   Do you have a recollection as to when Sergeant
11 Budreau arrived at the house?
12 A   My recollection is Officer Budreau and Officer
13 Novak arrived about the same time.  I don't
14 recall which one actually walked in the door
15 ahead of the other.  But they, the two of them
16 arrived while I was still trying to get
17 Ms. Jensen under control on the basement floor.
18 Q   What I'd like to do now is continue, what we'll
19 do is just walk through the remainder of your
20 report, kind of go paragraph by paragraph.
21       If you want to go ahead and take a look and
22 review the next paragraph and let me know if that
23 is consistent with your understanding as to -- as
24 you sit here today regarding what occurred then.
25 A   That is my recollection.

Northwestern Court Reporters
1-800-628-7551

JENSEN v. BAYFIELD COUNTY

ERIC SWAN
2/7/2022

Page 33

1 Q   Okay. So at this point in time we're still at
2    that front landing area.
3        Was the odor from the OC spray, was that
4    still pretty thick from down below?
5 A   I couldn't tell you for certain about OC or
6    pepper spray being in the air, being atomized,
7    whatever, within the air.
8        I was already affected by being in the room
9    with the highest concentration. I was coughing.
10   My eyes were watering. I was dealing with the
11   effects, so I could not tell what was in the air
12   that anyone else might be experiencing that just
13   walked in the room.
14 Q   Understood. Is it fair to say that it was the
15   thickest still downstairs?
16 A   I'm sorry. Say again, please?
17 Q   Is it fair to say it was the thickest
18   downstairs?
19 A   Yes. That's where it was dispensed.
20 Q   So in terms of going to retrieve water or a towel
21   or anything like that, going downstairs would
22   have put you right in line with where the OC
23   spray was thickest; is that correct?
24 A   I would think anybody, anybody going down there
25   would have, would have walked into a cloud

Page 34

1    compared to being upstairs or outside.
2 Q   And again, I want to freeze us for a moment at
3    the front landing area. Did you have -- forgive
4    me.
5        Were you able to formulate at that time a
6    game plan for decontamination for Ms. Jensen?
7 A   Well, our standard operating procedure is to get
8    that person loaded into a squad car as quickly as
9    reasonably safe, and as soon as we're able to, to
10   transport that person to the garage, the entrance
11   port at the Bayfield County Jail where we have an
12   eyewash station, an overhead shower facility, and
13   get that person flushed out with cool water as
14   soon as reasonably possible.
15 Q   You had testified previously that this call
16   happened at night.
17       Were there any medical facilities that were
18   open that you knew of at that time that you could
19   have transported Ms. Jensen to that was closer
20   than the Bayfield County Jail?
21 A   No. No.
22 Q   And were you aware of the fact that Officer Novak
23   had a body camera on at the time?
24 A   I don't know if I was aware at the time. I found
25   out later, but I don't know if I was aware while

Page 35

1    things were taking place.
2 Q   That's a fair -- that is a fair correction for my
3    question because my question, I was just trying
4    to introduce the fact that there's a comment that
5    appears to have been made on the body camera that
6    somebody told Ms. Jensen that she would be taken
7    to a hospital.
8        Do you recall that at all or who said
9    that?
10 A   I didn't recall it until reviewing, or taking a
11   quick look at the video this morning. So I
12   didn't have an independent recollection of saying
13   that until today.
14 Q   Is that something that you said at that time?
15 A   Well, apparently. I watched myself on video.
16   But it's not something that I -- that's not my
17   normal response. I did not recall that until
18   seeing myself on video.
19 Q   In any event, the closest place in order to --
20   the closest place for decontamination was the
21   Bayfield County Jail; is that correct?
22 A   Yes.
23 Q   Do you recall Ms. Jensen having any issues with
24   getting on her shoes?
25 A   I remember we helped her put some shoes on. She

Page 36

1    was wearing just socks when she was combative. I
2    don't recall if it was Officer Budreau -- or
3    Sergeant Budreau or Officer Novak that actually
4    assisted her in putting her shoes on while I
5    maintained control of her arm.
6 Q   Still fair to say she was not being cooperative
7    at that time; is that correct?
8 A   Well, I understand that she was having difficulty
9    seeing, but she was struggling, pulling away from
10   me, trying to pull away from me.
11       I was concerned for the officers who,
12   bending down and trying to help her put her shoes
13   on, afraid that they might get kicked or kneed or
14   bumped down the stairs. I was concerned for
15   their safety based on the behavior I had seen up
16   until that point.
17       But she allowed one of the officers to help
18   her get her shoes on at the door.
19 Q   Initially you had escorted her to your squad car;
20   is that correct?
21 A   Officer Novak and I did.
22 Q   And a change was made and she was taken over to
23   Sergeant Budreau's car; is that correct?
24 A   Correct. He volunteered -- he understood I had
25   more things to do on scene, and as the primary

Pages 33 to 36

JENSEN v. BAYFIELD COUNTY

Page 37

1  officer from that jurisdiction, felt it was best
2  that I conduct that investigation while he was
3  able to do the transport and get her
4  decontaminated quicker than I would be able to.
5  Q   And you were agreeable with doing that?
6         MR. GROSS:  I'm sorry, could you repeat
7  that?
8  Q   (By Ms. Jacobs, continuing) You were agreeable
9  with doing that?
10 A   I was agreeable, yes.
11 Q   And the primary reason for agreeing to do that is
12 so that Ms. Jensen could be decontaminated more
13 quickly?
14 A   Yes.
15 Q   Once Ms. Jensen was in Sergeant Budreau's car,
16 did you have any further interaction with her?
17 A   Once she was loaded and the door was closed,
18 no.
19 Q   At that point what did you turn your attention
20 to?
21 A   I returned to the interior of the house and
22 checked into what photographs had been taken by
23 Officer Novak, getting the identity of the
24 victims or reported victims in the house, getting
25 their stories individually, making sure that the

Page 38

1  primary victim, I'm not sure if I'm going to say
2  her name right, Ms. Washeleski, that she was
3  getting treated by the ambulance staff that we
4  called for, viewing the damages myself that were
5  done in the home that night, and then getting
6  written statements from those that were able to
7  write written statements that night.
8  Q   I know we're going back about three years.
9         Any recollection as to how inebriated or how
10 much some of the individuals were affected by
11 alcohol or whether some seemed to be under --
12 some seemed to have imbibed that evening and
13 others did not?
14        MR. LINDSEY:  Objection as to the form
15 of the question.
16 Q   (By Ms. Jacobs, continuing) You can go ahead and
17 answer.
18 A   It was hard to tell exactly how much each person
19 had had or not had.
20        With Ms. Jensen, I could detect a strong
21 odor of intoxicants about her person as she
22 spoke.  I think I mention in my report that her
23 eyes were bloodshot and watery; however, she had
24 also just experienced OC deployment, so it was
25 hard to determine what was caused -- I never had

Page 39

1  any experience with her before and hadn't seen
2  her prior -- or hadn't seen her face prior to the
3  deployment of OC.
4         She was unsteady on her feet, but she was
5  also combative, so it was difficult to make an
6  accurate assessment.  However, I could tell that
7  she seemed to have been drinking.
8         And the parties that were present said that
9  they had all been drinking at a bar, and that
10 Ms. Jensen wanted them all to return to a bar is
11 why the fight started.
12        I had no reason to believe that all present
13 had not been drinking to some extent.
14 Q   I did want to focus on -- and you did a much
15 better job of saying her name than I have and
16 will -- but I did want to turn my attention to
17 Ms. Washeleski.
18        Did you observe the nature of any injuries
19 that she had experienced?
20 A   Yes.
21 Q   And what were the extent of her injuries?
22 A   She was holding a cloth on her face and she said
23 she was bleeding.  She agreed to move the cloth
24 momentarily so I could take a look at her face
25 uncovered, and I could see that there was a

Page 40

1  horizontal cut or gash across the bridge area of
2  her nose from side to side, and that appeared
3  that it was -- the bleeding was stopping, but she
4  said it was still bleeding inside, that's why she
5  had the rag on her face.
6         She also had a scratch or scrape on her
7  upper chest, said she was hurting.  But those
8  were, as far as the things I could see, that's
9  what I recall.
10 Q   Any assessment of whether or not she had been
11 drinking that evening?
12 A   She said she had.  And just looking at her eyes,
13 bloodshot and watery, it would be consistent with
14 someone drinking.  However, she was also crying
15 heavily because she said she had just been struck
16 in the face with a child restraining gate that
17 was across the hallway.
18        So again, it was hard to make an accurate
19 assessment, but I took her word that she had been
20 drinking.
21 Q   Do you remember when medical responders
22 arrived?
23 A   It was, as I recall, it was at the time that we
24 transferred Ms. Jensen from my squad to Sergeant
25 Budreau's.  I think they were entering the house

Pages 37 to 40

JENSEN v. BAYFIELD COUNTY

ERIC SWAN
2/7/2022

---

Page 41

1   while we were finishing up that transfer, if I
2   recall correctly.
3       I believe that when I returned to the house
4   that at least one of the first responders was in
5   the back bedroom just starting to do an initial
6   exam of Ms. Washeleski.
7  Q   Were you there at the time that Ms. Washeleski
8     was transported in the ambulance?
9  A   I'm trying to remember if she was actually
10    transported or if she went by private vehicle
11    later. I don't recall for certain.
12 Q   Do you recall --
13 A   I remember something when I first opened up the
14    report about no transport, but I can't -- I don't
15    recall which way she went to the hospital.
16 Q   Were you there when she left the scene?
17 A   Again, I don't recall if she was still there or
18    not. I spoke with several people that night.
19       Once I got my initial assessment of her and
20    her initial story, I let the ambulance people
21    take care of her so I could talk with others
22    intending that I would have to follow up with her
23    at a later time.
24 Q   On that note, if I could redirect your attention
25    to the Incident Report. Let me ask this

---

Page 42

1     generally.
2        So is this the report that you prepared
3     regarding the incident that evening?
4  A   Yes.
5  Q   Where we left off was on page 4, and it was at
6     the very, very bottom. We did go through the two
7     large paragraphs.
8        If you could review starting at the very
9     bottom of page 4, those last two lines into the
10    next, go ahead and look through the remainder of
11    your report, take a moment, look through it, and
12    let me know if everything in there is consistent
13    with your memory of that evening.
14 A   Okay. I've read it.
15 Q   Is everything here consistent with what your
16    independent recollection is?
17 A   The only thing it clarifies for me, as I
18    mentioned earlier, while doing my initial
19    assessment of injuries on Ms. Washeleski and I
20    mentioned a scrape on her upper chest. I know
21    that I, according to my report, I took
22    photographs of that during my follow-up interview
23    with her the next day.
24       So I may have misspoken when I said I saw
25    that the night of the disturbance. I may have

---

Page 43

1   seen it actually the next day when I took those
2   photos.
3  Q   The individuals that you interviewed, Austin
4     LaValle (sic), Caitlin Olby, and Nicole Dietrich
5     in particular, do you have any recollection of
6     whether or not they seemed hesitant to cooperate
7     with you, reluctant, or wanting, as the saying
8     goes, wanting to stay out of it?
9  A   Everyone seemed to speak freely with me. I don't
10    know if I've ever had anybody jump up and wave
11    and say let me be the first witness, but no one
12    was retreating from me. No one was saying I
13    won't speak with you.
14       The only reluctance I got was from I believe
15    it was Ms. Dietrich who said that I can't write
16    very well, but I'll talk to you, and so I just
17    took a verbal statement from her.
18 Q   Do you recall having any specific conversations
19    with Sergeant Budreau there on scene?
20 A   We had just a few words between us. My
21    recollection is that he just indicated to me that
22    this is your jurisdiction, or your primary
23    jurisdiction, you know, what can we do to help
24    you. He basically let me take the lead.
25       That would be consistent with him then

---

Page 44

1   stepping up and saying, hey, I'll do the
2   transport so you can continue on with your
3   on-scene investigation.
4       MR. GROSS: Jerilyn?
5       MS. JACOBS: Yeah.
6       MR. GROSS: I don't know how much
7   longer you've got, but can we take five to
8   10? I need to stretch, get some water, and
9   hit the litigator's room.
10      MS. JACOBS: I'd say about 10 minutes
11  more, but we definitely can take a break and
12  do that.
13      MR. GROSS: If you've only got 10
14  minutes more, let's power through.
15      MS. JACOBS: All right. Let me know if
16  you really need to take a break, of course.
17      MR. LINDSEY: Just along that, I may
18  have 10 or 15 or so minutes as well, if you
19  want to break between or now.
20      MR. GROSS: In that case, let's take
21  the break if you've got some follow-up, Max.
22      MS. JACOBS: Okay. Take a 10-,
23  15-minute break?
24      MR. GROSS: Works for me. 10 would be
25  plenty on our end.

JENSEN v. BAYFIELD COUNTY

ERIC SWAN
2/7/2022

Page 45

1       MS. JACOBS:  All right.  Sounds good.
2   See you in 10 minutes.
3       MR. GROSS:  Thanks.
4       (Off the record)
5   Q   (By Ms. Jacobs, continuing) First, just some
6   housekeeping.  If you could look at Exhibit 1 and
7   Exhibit 2 in front of you, they're each just a
8   single page.
9       My question will just be, is that your
10  signature, just to confirm that?
11      MR. GROSS:  There's Exhibit 1.  Go
12  ahead and answer that one first, and then
13  Exhibit 2.
14  Q   (By Ms. Jacobs, continuing) Is that your
15  signature at the bottom?
16  A   That is my signature on Exhibit 1.
17  Q   Same question for Exhibit 2?
18  A   And that appears to be my signature on that
19  document also.
20  Q   I did want to ask about some other background
21  information.
22      Have there been other instances during your
23  law enforcement career during which you've had to
24  deploy OC spray or pepper spray or something of
25  that ilk?

Page 46

1   A   Yes.
2   Q   How many other instances have there been?
3   A   I would really be guessing.
4       MR. GROSS:  Don't guess.
5   A   It would definitely be a guess.
6   Q   (By Ms. Jacobs, continuing) Can we just do an
7   approximation?  Have you deployed OC spray more
8   than five times in your law enforcement career?
9   A   Yes.
10  Q   How many times have you deployed it while being a
11  member of the Red Cliff Police Department?
12  A   Again, I'd be guessing there.
13  Q   And again, no guessing, but your best
14  approximation.  Just a high-low range.
15  A   More than five times, but I couldn't give you an
16  accurate figure beyond that.
17  Q   I would be remiss if I don't run through some
18  other questions.
19      Have you ever been -- I'm going to limit
20  this to your time with the Red Cliff Police
21  Department -- any written disciplines in your
22  history?
23  A   Not that I'm aware of.
24  Q   Any suspensions?
25  A   No.

Page 47

1   Q   Are you aware of any citizen complaints brought
2   against you?
3   A   Yes.
4   Q   How many of those?
5   A   I don't know.  I usually find out after they've
6   already been addressed, and I've been found not
7   guilty of any wrongdoing and they've been
8   cleared.  I've been told about after the fact.
9   Q   Any of those involving use of OC spray, pepper
10  spray, or the like?
11  A   I don't know, because at this point I don't even
12  know all -- that I know of all the cases that
13  people have complained about.
14  Q   Are you aware of any involving OC spray?
15      MR. GROSS:  I'm sorry.  I'm not sure if
16  that's an asked and answered or if I just
17  didn't hear it right.
18      Could you restate the question, please?
19      MS. JACOBS:  Sure.  My understanding of
20  his last answer was that he -- it was unknown
21  whether or not there had been any.
22      And then my question was, was he
23  affirmatively aware of any complaints that
24  involved OC spray, putting aside --
25      MR. GROSS:  Okay.

Page 48

1       MS. JACOBS:  -- the present one.
2       MR. GROSS:  Go ahead and answer.
3   A   I can't say that I'm aware of any specific cases.
4   I know of people who have complained about me to
5   a fellow officer.
6       But whether they filed an official
7   complaint, followed through, had it actually
8   addressed, I do not know.
9   Q   (By Ms. Jacobs, continuing) Had any superiors
10  talked with you about any complaints involving
11  the use of OC spray?
12  A   Not that I recall.
13  Q   When was the most recent, if you can recall, time
14  that you were trained regarding decontamination
15  or aftercare following deployment of OC spray or
16  the like?
17  A   I recall going to a training at the Milwaukee
18  police academy where we trained in
19  decontamination of OC and we were the test
20  subjects for a new wasabi mustard chemical agent
21  that a company was trying out that we got
22  volunteered for, and so we had to decontaminate
23  from that in a similar manner.
24  Q   How was that experience?
25  A   Awesome.

Pages 45 to 48

JENSEN v. BAYFIELD COUNTY

Page 49

1 Q   Remember, you're under oath here.
2 A   Well, it had similar effects to the OC except it
3 didn't affect the respiratory system.  It burned
4 on contact, but didn't affect the respiratory
5 system.
6 Q   How long ago was that training?
7 A   I'm going to estimate back in 2013.  Maybe 2012
8 maybe.
9 Q   I'm just going to look through my notes to see if
10 there's anything I didn't cover that I somehow
11 passed over.
12       MS. JACOBS:  Those are all the
13       questions I have.  Thank you for your time,
14       Officer Swan.
15       I do believe that Attorney Lindsey may
16       have some questions for you now.
17       MR. LINDSEY:  Yes, just a few.  Thank
18       you.
19       EXAMINATION
20 BY MR. LINDSEY:
21 Q   Officer Swan, you weren't wearing any type of
22 body camera or audio camera on the night of this
23 incident; correct?
24 A   I don't have a specific recollection that anyone
25 had or didn't have one at the time of the

Page 50

1 event.
2 Q   How about you specifically?
3 A   Whether I had one?
4 Q   Yes.
5 A   I'm assuming that either I didn't have it or was
6 not operable because I didn't see one submitted
7 as part of the case.  We had some -- I'm sorry.
8 Go ahead.
9 Q   You were just going to -- I was going to ask if
10 you typically wear some type of audio or video
11 recording device?
12 A   I do now on a daily basis.
13       Back at that time we did not have enough
14 body cameras to go around to all the staff, and
15 not all of them were operable.  We were having
16 some difficulties, and we replaced some units and
17 upgraded them.
18       I don't know if I didn't have one on that
19 night or if it was just not operable.
20 Q   When you first responded and got down to the
21 bathroom on the night of this incident, and you
22 testified that Ms. Jensen was inside the
23 bathroom; is that right?
24 A   Yes.
25 Q   Could you see at that time if she was sitting or

Page 51

1 standing?
2 A   Initially, no.  The door was closed.
3 Q   You testified that when you first sprayed
4 Ms. Jensen, you did not know where the contact --
5 the spray contacted her body at that time.
6       You recall testifying to that?
7 A   I think I testified that I didn't know if -- what
8 effect it had at that time.
9 Q   Okay.
10 A   I was dispensing it towards her shoulder, lower
11 neck area, but I couldn't see how it affected her
12 or if it affected her.
13 Q   At a later time, or after that, did you become
14 aware of where that first shot hit her?
15 A   I assumed that it hit her in the
16 shoulder-neck-face area because of the reaction
17 that I saw from her when it did take effect.
18 Q   And you noticed that reaction before you brought
19 her out to your squad car; right?
20 A   Could you restate the question?
21 Q   Yes.  Did you notice that reaction and make that
22 assumption, that it hit her in her head and neck,
23 before you brought her out to your squad car?
24 A   A lot of my assessment had to do with what she
25 was reporting.  You know, initially we were both

Page 52

1 affected by, you know, in the respiratory area
2 because we were both coughing because of the OC
3 in the air.
4       She was -- began complaining about her eyes,
5 but I didn't know if she actually had been
6 sprayed -- the spray actually hit her in the face
7 or just the atomized material in the air was
8 starting to bother her eyes, but she started
9 complaining about her eyes being sore as we were
10 heading out of the house.
11 Q   When you first worked with Ms. Jensen to get her
12 to stand up, was she able to stand on her own?
13 A   It depends on your definition of could.  She
14 didn't.  But she was also very combative and not
15 physically cooperative at that point, so could is
16 kind of a subjective thing.
17 Q   Could you see if when Ms. Jensen was in the
18 bathroom, if she was attempting to stand while
19 she was in the bathroom?
20 A   It was -- I don't think she was trying to stand
21 until I assisted her, started to lift up on her
22 arm.  She took some of the pressure off the door,
23 but she was not cooperating on her own at that
24 point.
25 Q   Could you see whether she attempted to stand

Northwestern Court Reporters
1-800-628-7551

JENSEN v. BAYFIELD COUNTY

ERIC SWAN
2/7/2022

Page 53

1  while she was still in the bathroom?
2  A   Well, she did stand because I didn't pick her up.
3    I didn't lift her to her feet.  I assisted her,
4    but I had control of her elbow and her wrist,
5    starting a compliance hold on her because of how
6    mad she was at that point.
7        So she stood.  I didn't stand her up, but I
8    encouraged her, enticed her to help, you know, to
9    stand up.
10 Q   That was a poor question I would say then.
11      Before she got out of the bathroom, before
12   you got into the bathroom with her, do you know
13   whether she was attempting to stand before you
14   opened the door?
15 A   No, I was under the impression that she had been
16   standing and dropped to the floor to brace the
17   door shut, or slam into my arm.
18 Q   What -- I guess you had said that you couldn't
19   see whether she was standing or sitting before
20   though; right?
21 A   Well, like I said, I'm assuming that she was
22   standing to start with.
23      When she said come and get me and I started
24   to open the door, I could feel the door bow and
25   feel something slam against the door from the

Page 54

1    opposite side and smash my arm, so I was assuming
2    that she was throwing herself or dropping to the
3    ground to brace herself against the base of the
4    tub.
5  Q   And I just want to be clear.
6        You didn't actually see whether she was
7    standing, sitting, dropping, anything like that?
8    That was your assumption based on how things
9    happened?
10 A   Correct.  Based on what I could feel, what I
11   could sense at the time.
12 Q   After Ms. Jensen was in handcuffs and secured
13   inside your vehicle, in your opinion, did she
14   pose a threat to any of the other occupants in
15   the home?
16 A   Once she was seat belted in my squad?
17 Q   Yes.
18 A   No.  Once she was -- no.  Once she was secured in
19   my squad, no, she was not a danger to anyone
20   else.
21 Q   And she wasn't a danger to other officers or EMTs
22   on the scene once she was secured in your
23   vehicle?
24 A   Correct, as long as she remained in that position
25   and the doors remained shut.

Page 55

1  Q   When you were in the house this evening, did you
2    notice if there was another bathroom facility in
3    the upstairs portion of the house?
4  A   I believe there is directly above the one in the
5    basement.
6  Q   And do you recall if there was a kitchen facility
7    in the house as well?
8  A   There was on the second floor.
9  Q   Do you recall a time in, not this incident, but
10   another incident around early 2019 where you had
11   deployed OC spray on another individual?
12 A   I don't recall without some refreshment what
13   incident you might be referring to.
14 Q   Do you recall within the past three or four years
15   escorting a detained individual to the Bayfield
16   County Jail who had been sprayed with pepper
17   spray or OC spray?
18 A   I have done that, yes.
19 Q   And do you recall approximately when that was?
20 A   I'd be really guessing.
21      Did you ask when it was?
22 Q   Yes.
23 A   I would really be guessing without looking at a
24   record or a report.
25 Q   And in these other instances, how many,

Page 56

1    approximately, do you think there were?
2  A   As I testified earlier, I'd really be guessing,
3    but I believe it was more than five.
4  Q   And on those instances, can you explain in your
5    experience what happens to individuals after they
6    get to the Bayfield County Jail?
7  A   When I've done the transport and have been
8    present, they're met at the garage area by
9    additional staff from the jail and they're taken
10   over to the corner of the garage where the
11   eyewash station and the overhead shower facility
12   is set up and they're allowed to flush their eyes
13   out with the eyewash station.  If necessary, to
14   use the overhead shower there to flush off as
15   much of the OC as they can.
16 Q   And when you have transported these individuals,
17   how long are you present at the Bayfield County
18   Jail afterwards on those occasions?
19 A   I'm there until I complete the -- my part of the
20   booking process.  They've been decontaminated --
21   or the initial decontamination, they're brought
22   inside, handcuffs are removed, and additional
23   layers of clothing and jewelry, etc., and like
24   they would if they were brought in for any other
25   arrest, and then they're brought into the inner

Northwestern Court Reporters
1-800-628-7551

JENSEN v. BAYFIELD COUNTY

ERIC SWAN
2/7/2022

Page 57

1 part of the jail where the booking process
2 continues, the paperwork part of it.
3 And sometimes they're taken back to a cell
4 and allowed to completely change clothes, shower
5 more thoroughly on their own and change clothes.
6 Sometimes just the initial eye flush is
7 sufficient.
8 I remain until my portion of the paperwork
9 is done and I leave. And normally by the time I
10 leave, they've completed all their
11 decontamination that they're going to do at that
12 time.
13 Q And once you bring the individual in and turn
14 them over to the custody of the jail or the
15 control of the jailers, do you have any more
16 active role in decontamination at that point?
17 A No. I'm normally just standing by and available,
18 if needed, if the person becomes more combative
19 than what the present staff can handle, maybe
20 hand a towel to someone if they can't reach.
21 But I'm basically just waiting for that
22 process to be completed so I can go inside with
23 the rest of the staff to do my paperwork.
24 Q So you had said initial decontamination.
25 Can you explain if there's a difference

Page 58

1 between initial decontamination and then some
2 other type of decontamination?
3 A Sure. The initial decontamination takes place
4 outside of the secure part of the jail, it's in
5 the garage, and it's -- the person is normally
6 still in restraints, they're still handcuffed
7 behind their back. Usually that's because
8 they're so combative, they're spitting, they're
9 kicking, they're trying to head butt. It takes
10 multiple officers to try and control that person
11 because they're wet and the officers are wearing
12 rubber gloves, so they assist them in flushing
13 out the main part of the OC.
14 Once they're inside, then they get to,
15 they're in a jail cell where the restraints are
16 removed, the door is locked, they can freely move
17 about, scrub their eyes, scrub their hair, scrub
18 their eyebrows, use as much shampoo as they want
19 or need, and shower as long as they reasonably
20 need to feel like they've gotten all the OC
21 off, and then they get to put on some clean, dry
22 clothes.
23 First one is assisted under restraints. The
24 second one is, if it happens, is on their own in
25 a room by themselves.

Page 59

1 Q And in your experience with any of these
2 instances, were you ever involved in the
3 subsequent decontamination phase?
4 A Could you say that again?
5 Q Yes. Were you ever involved in the secondary or
6 the subsequent, the later decontamination
7 phase?
8 A No. I've only seen them heading towards that
9 room and been told that they were taking a second
10 shower, or taking a complete shower on their
11 own.
12 Q And in your experience when you've seen that
13 occur, approximately how long is an individual
14 there at the jail before they are allowed that
15 opportunity for the secondary decontamination?
16 A The ones that I have seen go in and take a
17 shower, it's been immediately after the cuffs are
18 removed and they've been thoroughly searched and
19 extra layers of clothing have been removed for
20 that search.
21 As soon as they are brought into the inner
22 part of the jail where we're doing our paperwork,
23 that's the next step. If they request it,
24 they're provided with that.
25 Q And in these instances when the individual gets a

Page 60

1 shower or a change of clothes as you just
2 mentioned, who makes that determination as to
3 whether that opportunity is provided? If you
4 know.
5 MR. GROSS: I'm going to object to the
6 extent that this is calling for testimony
7 potentially outside his scope of knowledge.
8 MR. LINDSEY: So I can rephrase that.
9 Q (By Mr. Lindsey, continuing) To the best of your
10 knowledge, and based upon your experience and
11 observing these events, who makes that
12 determination as to whether an individual gets a
13 follow-up or an immediate shower?
14 A What I have observed is that if an inmate
15 requests it, the inmate gets it, whoever the
16 staff is on duty. I've never seen anybody been
17 denied or told no in my presence.
18 So what I've seen is when an inmate says I
19 need a shower, they get a shower immediately.
20 Q Do you see or have you ever seen an instance
21 where the officer requested that the individual
22 get a shower immediately?
23 MS. JACOBS: I'm going to object to
24 scope.
25 When you say ever, are you talking

Northwestern Court Reporters
1-800-628-7551

JENSEN v. BAYFIELD COUNTY

ERIC SWAN
2/7/2022

---

Page 61

1      about the entire 20-plus years of law
2      enforcement, or are you limiting you to this
3      more recent?
4          MR. LINDSEY: I'll rephrase.  Yes.
5   Q   (By Mr. Lindsey, continuing) So in these
6      instances that you recall at the Bayfield County
7      Jail with an individual subject to OC spray, do
8      you recall if the officer had ever requested that
9      individual get a decontamination shower
10      afterwards?
11   A   We always -- what I have observed is the officers
12      always request that the person get that initial
13      decontamination out in the garage area with the
14      eyewash station.
15         As far as follow-up washing, showering,
16      etc., that's not something that the officers are
17      involved in.  It's at the request of the inmate
18      based on their comfort level.  If they say they
19      need one, they get one.
20   Q   And in your experience of these instances we have
21      been discussing at the Bayfield County Jail
22      regarding inmates or arrestees with OC spray,
23      have you ever seen that outside shower unit used?
24          MS. JACOBS: I'm going to object on the
25      grounds of misstates the testimony.

---

Page 62

1          You can go ahead and answer.
2          MR. GROSS: Join.
3          Go ahead and answer the question, if
4      you remember it.
5   A   I've seen it used, yes.
6   Q   (By Mr. Lindsey, continuing) And can you explain,
7      based on your recollection and your memory, in
8      what type of situation would that be used?
9   A   I recall one, one subject that had just this real
10      mop of hair, he had hair down below his
11      shoulders.  It was unkept.  It was -- if I had to
12      describe him to someone who never met him, I'd
13      say he looked like a caveman.  He had facial
14      hair.  He had hair that you'd have to peel back
15      to see his face.
16         So after having the initial water in his
17      eyes using the eyewash station, and his hair was
18      so wet and it was so matted from not being taken
19      care of prior to his arrest that the officers
20      used the overhead shower to just you rinse off as
21      much as they could at his request.
22   Q   Is there any, based on your experience of being
23      with individuals, present with individuals at the
24      Bayfield County Jail who have been sprayed with
25      OC spray, do you know of any standard questions

---

Page 63

1      that jailers ask when these individuals are
2      turned over?
3          MR. GROSS: I'm going to object as
4      being overly vague.
5          MS. JACOBS: I'm going to object to
6      being speculative.
7          You can answer.
8          MR. GROSS: Go ahead and answer.
9   Q   (By Mr. Lindsey, continuing) In your experience
10      when you bring an individual to the Bayfield
11      County Jail, do they ask you, would the jailers
12      ask you where that individual has been sprayed?
13   A   Do they ask me where they've been sprayed?
14   Q   If you bring that individual in?
15   A   I don't know that I've been asked that specific
16      question.  I mean we're all trained the same way.
17         But regardless of where they're sprayed,
18      they're still going to be decontaminated the same
19      way.  They flush their eyes out and let them
20      rinse, shower, you know, bathe whatever part of
21      their body they're complaining about.
22   Q   Did you call the EMS on the night of this, the
23      incident?
24   A   I did not call them myself, no.  I believe they
25      had already been dispatched prior to me beginning

---

Page 64

1      my response.
2   Q   In your training on use of OC spray, do you
3      recall ever learning about any interactions
4      between alcohol use and the effects of OC
5      spray?
6   A   I guess you're going to have to clarify that a
7      little bit more.
8   Q   In your training on OC spray -- you had training
9      on OC spray; right?
10   A   Yes.
11   Q   Do you recall any specific training that
12      discussed the interaction between alcohol
13      consumption by the individual who was sprayed and
14      those effects of OC spray?
15   A   I probably sprayed more people who were consuming
16      alcohol than people who were sober and
17      cooperative.
18   Q   And in your training and the way you are I
19      guess -- strike that.
20         Based on your experience and your training,
21      do you treat individuals differently who have
22      been sprayed -- or who have consumed alcohol when
23      applying OC spray?
24   A   No.  Our use of force depends on the behavior of
25      the individual, not on what they consumed that

---

Pages 61 to 64

JENSEN v. BAYFIELD COUNTY

ERIC SWAN
2/7/2022

---

Page 65

1   day.
2   Q   Did you provide Ms. Washeleski with any medical
3       care or assist with any medical care while you
4       were on site at the house?
5   A   I did not personally, no.
6   Q   In your squad car do you carry any type of first
7       aid kit or other medical supplies?
8   A   Some of the squads had some small kits back at
9       that time. We sometimes use different squads on
10      different days.
11          I didn't have necessarily an assigned
12      vehicle like I have now, so some days we may have
13      had a better first aid kit than others.
14  Q   Do you recall on the night of this incident
15      whether you had a first aid kit in your vehicle
16      or on your person?
17  A   I do not recall. I did not have one on my
18      person, no.
19          Let me clarify. I always have a small first
20      aid kit of my own, but it's very small,
21      Band-Aids, a few gauze bandages, but nothing
22      elaborate.
23  Q   During the night of the incident did you, while
24      you were at the house, did you ever ask
25      Ms. Jensen if she was wearing contacts?

---

Page 66

1   A   I don't have a specific recollection of that,
2       whether I did or did not.
3   Q   Did you ever ask Ms. Jensen if she had asthma or
4       any other breathing issues?
5   A   I don't think I did. I know I encouraged her to
6       calm her breathing down, control her breathing,
7       but I don't remember asking her a specific
8       question about asthma.
9   Q   Did you ask Ms. Jensen if she had any heart
10      conditions or any other type of specific medical
11      condition?
12  A   I did not.
13  Q   Regarding these questions -- I can go through
14      them one by one.
15          Did Sergeant Budreau ever ask you whether
16      Ms. Jensen had contacts?
17  A   Not that I recall.
18  Q   And did Sergeant Budreau ever ask you if
19      Ms. Jensen had asthma or breathing issues or
20      other heart condition?
21  A   No. Not that I recall.
22  Q   When you and Sergeant Budreau discussed or
23      decided that Ms. Jensen transfer into Sergeant
24      Budreau's vehicle, can you explain that
25      conversation, to the best of your recollection?

---

Page 67

1   A   I recall Sergeant Budreau suggesting that it
2       might make more sense for me to remain on scene
3       since I was the primary -- or in charge of the
4       primary jurisdiction there, and to conduct -- or
5       complete my investigation while he could
6       transport and not have to relay all that
7       information to me secondhand from the
8       investigation, and he could get Ms. Jensen down
9       to get her decontaminated much quicker that
10      way.
11  Q   Well, on page 4 of your Incident Report, which is
12      Exhibit 3, if you turn to that page 4. I'm just
13      going to ask one question about this bottom full
14      paragraph.
15  A   Which one?
16  Q   The last full paragraph on that page. It starts,
17      I observed while arresting.
18  A   All right.
19  Q   So going down here to the second to last
20      sentence, Sergeant Budreau later reported back to
21      me that Tristan Jensen was decontaminated from
22      the OC pepper spray by jail staff upon her
23      arrival at the jail.
24          Do you recall how Sergeant Budreau reported
25      that back to you?

---

Page 68

1   A   I don't remember the specifics of the
2       conversation. It's just -- I believe I asked him
3       the question, because I wanted to include in my
4       report, since I had dispensed the OC, I just
5       wanted to be able to say confidently that that
6       had been done. That's where he was taking her.
7       I assumed that was done. But I believe I just
8       asked him outright so I could include that in my
9       narrative report.
10  Q   Do you recall what Sergeant Budreau said in that
11      conversation?
12  A   He indicated that she had been decontaminated.
13      Again, the exact words I couldn't tell.
14  Q   Do you recall if he said she had been provided
15      with a shower?
16  A   I don't recall having a detailed discussion other
17      than him just saying that she had been
18      decontaminated from OC.
19  Q   So he didn't discuss the specific steps or
20      actions that they took to decontaminate?
21  A   Correct.
22  Q   When you arranged with Sergeant Budreau to have
23      him transfer Ms. Jensen to Bayfield County Jail,
24      what was your understanding of the steps of
25      decontamination that would be taken once she had

---

Pages 65 to 68

Northwestern Court Reporters
1-800-628-7551

JENSEN v. BAYFIELD COUNTY

ERIC SWAN
2/7/2022

Page 69

1    arrived there?
2  A  It would be the same as I just went through in
3    great detail a few moments ago. Nothing
4    different.
5  Q  While you're at the house did you ask anyone
6    whether there were any towels available?
7  A  I did not.
8  Q  Did you ask anyone if there was any vegetable oil
9    or baby soap or saline solution available?
10 A  No, I did not.
11 Q  Do you know if Sergeant Budreau ever asked anyone
12    at the house if those items were available?
13 A  I did not hear him, and I have no reason to
14    believe he did.
15 Q  Did Sergeant Budreau ever ask you where on her
16    body Ms. Jensen was sprayed?
17 A  Not that I recall.
18 Q  Did you ever specifically tell him, in your
19    recollection, did you specifically tell him where
20    Ms. Jensen was sprayed?
21 A  I don't believe I did.
22 Q  Does the Red Cliff tribe have a medical clinic on
23    their reservation?
24 A  I'm sorry. I missed the first part.
25 Q  Yes. Does the Red Cliff tribe have a medical

Page 70

1    clinic on their reservation?
2  A  They do.
3  Q  Is that medical clinic open 24 hours a day?
4  A  No.
5  Q  Do you know if it was open at the time that this
6    incident arose?
7  A  It's never open beyond banker's hours Monday
8    through Friday, as far as I'm aware.
9  Q  In the Red Cliff Police Department, do you have
10    any specific training on working with or
11    coordinating with outside agencies such as the
12    Bayfield County Sheriff's Department?
13 A  We work with them daily.
14 Q  Do you have any specific training relating -- or
15    regarding how those interactions and how those --
16    strike that. I'll ask that again.
17    Do you have any specific training as to
18    proper -- or policies and procedures that happen
19    when Red Cliff Police Department and Bayfield
20    County Sheriff's Department both respond to a
21    scene?
22    MR. GROSS: I'm going to object to the
23    extent that it assumes facts not in evidence.
24    Go ahead and answer, if you can.
25 A  We respond based on our training and experience.

Page 71

1  Q  (By Mr. Lindsey, continuing) I can rephrase. I
2    can start that over.
3  A  We have similar policies, but there's never been
4    an issue.
5  Q  My question I guess wasn't to ask what your
6    training or specific policies were with that,
7    just do you have any specific training that you
8    can recall specifically regarding that issue of
9    joint response between Red Cliff and Bayfield
10    County sheriff?
11 A  Nothing specific as far as inner agency
12    cooperation, other than be polite and work with
13    everybody around you is our standard operating
14    procedure.
15    But as far as a specific training course,
16    no. Again, I normally work by myself, so.
17 Q  I think I'm almost done, or I am done. Just let
18    me check my notes one second.
19    MR. LINDSEY: I don't have any more
20    questions.
21    MR. GROSS: I don't have any questions
22    either.
23    MS. JACOBS: No redirect. Thank you
24    for your time, Officer Swan.
25    COURT REPORTER: Mr. Gross, would you

Page 72

1    like a copy of the transcript?
2    MR. GROSS: I may want a copy of the
3    transcript. I have to speak with my client.
4    I will circle back to you if they authorize
5    me to get one.
6    COURT REPORTER: Mr. Lindsey?
7    MR. LINDSEY: I do not need a paper
8    copy. I would like an electronic copy.
9    COURT REPORTER: Of all three?
10    MR. LINDSEY: Yes.
11    (The Zoom deposition of Eric Swan came
12    to a close at approximately 1:08 p.m.)
13
14    * * *
15
16
17
18
19
20
21
22
23
24
25

Northwestern Court Reporters
1-800-628-7551

JENSEN v. BAYFIELD COUNTY

ERIC SWAN
2/7/2022

Page 73

1  STATE OF WISCONSIN )
2  COUNTY OF ST. CROIX)
3       Be it known that I took the deposition of
4  Eric Swan, on the 7th day of February, 2022, remotely
5  via Zoom;
6       that I was then and there a Notary Public in and
7  for the County of St. Croix, State of Wisconsin, and
8  that by virtue thereof I was authorized to administer
9  an oath;
10      that the witness, before testifying, was by
11  me first duly sworn to testify to the whole truth and
12  nothing but the truth relative to said cause;
13      that the testimony of said witness was
14  recorded in stenotypy by myself and reduced to print
15  by means of Computer-Assisted Transcription under my
16  direction, and that the deposition is a true record of
17  the testimony given by the witness to the best of my
18  ability;
19      that I am not related to any of the parties
20  hereto nor interested in the outcome of the action.
21      Dated this 18th day of February, 2022.
22
                    _____
23                  Terri Stacken, RPR
                    St. Croix County, Wisconsin
24                  Commission Expires
                      10-29-2022
25

**A**

**A.M** 1:16
**ability** 73:18
**able** 10:18
  17:7,20
  18:13 22:6
  22:8 24:14
  29:1 34:5
  34:9 37:3
  37:4 38:6
  52:12 68:5
**academy** 7:9
  7:15 48:18
**accurate**
  39:6 40:18
  46:16
**action** 73:20
**actions**
  68:20
**active** 57:16
**addition** 5:9
**additional**
  56:9,22
**addressed**
  47:6 48:8
**administer**
  73:8
**advise** 5:6
**affect** 49:3,4
**affirmativ...**
  47:23
**afraid** 36:13
**aftercare**
  29:21
  48:15
**agencies**
  70:11
**agency**
  71:11
**agent** 48:20
**agents** 15:14
**aggressor**
  12:22
  28:17
  30:25 31:7
**ago** 9:3
  12:10 49:6
  69:3
**agreeable**
  37:5,8,10
**agreed**
  39:23
**agreeing**
  37:11
**ahead** 13:22

14:11 20:8
  28:2 32:3
  32:15,21
  38:16
  42:10
  45:12 48:2
  50:8 62:1
  62:3 63:8
  70:24
**aid** 65:7,13
  65:15,20
**aim** 21:2
**aiming**
  21:20
**air** 23:5,7
  30:1,5,11
  30:16 33:6
  33:7,11
  52:3,7
**alcohol** 16:6
  38:11 64:4
  64:12,16
  64:22
**alleged**
  30:24
**Allegiance**
  18:11
**allowed**
  36:17
  56:12 57:4
  59:14
**Amanda**
  26:18
**ambulance**
  38:3 41:8
  41:20
**angle** 18:7
  20:22
**ANICH** 2:3
**announce**
  13:16 14:2
**announcing**
  13:5,6
**answer** 32:4
  38:17
  45:12
  47:20 48:2
  62:1,3
  63:7,8
  70:24
**answered**
  47:16
**Anthony** 1:7
  2:11
**anticipate**

5:19
**anybody** 5:9
  10:21
  11:12
  33:24,24
  43:10
  60:16
**anymore**
  24:13
**apologize**
  27:2
**apparently**
  35:15
**appear**
  27:20
**APPEAR...**
  2:1
**appeared**
  2:5,9,14
  40:2
**appears**
  35:5 45:18
**apply** 7:18
**applying**
  21:1 64:23
**approxima...**
  55:19 56:1
  59:13
  72:12
**approxima...**
  46:7,14
**area** 8:11,12
  17:22
  18:14 20:4
  21:3,5,21
  23:15 24:2
  24:2 29:1
  33:2 34:3
  40:1 51:11
  51:16 52:1
  56:8 61:13
**arm** 16:18
  16:18,20
  16:22,23
  17:5,7,16
  17:16,18
  17:22 18:2
  18:5,14
  19:1,6
  20:21
  23:10 36:5
  52:22
  53:17 54:1
**armbar**
  24:10

**arose** 70:6
**arranged**
  68:22
**arrest** 28:24
  56:25
  62:19
**arrestees**
  61:22
**arresting**
  67:17
**arrival**
  67:23
**arrived**
  11:14,15
  15:19
  25:15,15
  25:16,17
  28:2 32:11
  32:13,16
  40:22 69:1
**arriving**
  30:23
**Ashland** 2:4
  2:13
**aside** 47:24
**asked** 47:16
  63:15 68:2
  68:8 69:11
**asking** 12:10
  13:6,8
  15:7 66:7
**assaulted**
  12:1
**assess** 16:4
**assessment**
  39:6 40:10
  40:19
  41:19
  42:19
  51:24
**assigned**
  65:11
**assist** 58:12
  65:3
**assistant**
  26:17
**assisted** 36:4
  52:21 53:3
  58:23
**assume**
  20:22
**assumed**
  51:15 68:7
**assumes**
  70:23

**assuming**
  50:5 53:21
  54:1
**assumption**
  51:22 54:8
**asthma** 66:3
  66:8,19
**atomized**
  33:6 52:7
**attach** 10:17
  10:18
**attached**
  3:21
**attacked**
  12:1
**attacker**
  12:22 31:8
**attacking**
  22:4 32:8
**attempt**
  16:12
**attempted**
  52:25
**attempting**
  52:18
  53:13
**attention**
  27:23
  37:19
  39:16
  41:24
**attorney** 4:9
  5:3 25:24
  49:15
**attorneys**
  4:9
**audio** 49:22
  50:10
**Austin** 43:3
**authorize**
  72:4
**authorized**
  73:8
**available**
  23:22 30:7
  57:17 69:6
  69:9,12
**Avenue** 2:4
**aware** 11:6,6
  15:19
  34:22,24
  34:25
  46:23 47:1
  47:14,23
  48:3 51:14

70:8
**Awesome**
  48:25

**B**

**baby** 69:9
**back** 5:14
  8:19 17:18
  18:8,22
  20:20 24:6
  29:14 38:8
  41:5 49:7
  50:13 57:3
  58:7 62:14
  65:8 67:20
  67:25 72:4
**background**
  4:17 45:20
**Band-Aids**
  65:21
**bandages**
  65:21
**banker's**
  70:7
**bar** 39:9,10
**base** 20:4
  25:10 54:3
**based** 36:15
  54:8,10
  60:10
  61:18 62:7
  62:22
  64:20
  70:25
**basement**
  13:12,23
  24:25
  25:11,18
  25:20,22
  32:17 55:5
**basic** 7:16
**basically**
  12:8 18:10
  19:1 43:24
  57:21
**basics** 7:22
**basis** 50:12
**bathe** 63:20
**bathroom**
  13:22
  14:11
  18:16 23:3
  23:5,8,12
  23:14,15
  23:16,17

23:21 24:3
  25:1 28:20
  28:22
  50:21,23
  52:18,19
  53:1,11,12
  55:2
**bathtub**
  18:24
  19:23
**battered**
  12:1
**Bayfield** 1:7
  2:10 34:11
  34:20
  35:21
  55:15 56:6
  56:17 61:6
  61:21
  62:24
  63:10
  68:23
  70:12,19
  71:9
**beautiful**
  8:12
**bedroom**
  41:5
**bedrooms**
  13:20,20
**began** 29:6
  52:4
**beginning**
  16:7 28:1
  63:25
**behavior**
  36:15
  64:24
**believe**
  10:14
  11:25
  39:12 41:3
  43:14
  49:15 55:4
  56:3 63:24
  68:2,7
  69:14,21
**belted** 54:16
**bend** 22:1
**bending**
  20:25
  36:12
**beneath**
  25:5
**best** 11:4

12:23
  29:25
  30:16 37:1
  46:13 60:9
  66:25
  73:17
**better** 39:15
  65:13
**beyond**
  46:16 70:7
**big** 8:16
**bit** 29:15,17
  30:1 31:1
  64:7
**Blake** 2:12
  2:12 4:22
**blast** 20:2
  21:21
**bleeding**
  39:23 40:3
  40:4
**block** 17:9
  17:22
**bloodshot**
  38:23
  40:13
**body** 18:25
  19:2 20:6
  20:23 21:9
  24:23 30:4
  34:23 35:5
  49:22
  50:14 51:5
  63:21
  69:16
**booking**
  56:20 57:1
**bother** 52:8
**bottom** 42:6
  42:9 45:15
  67:13
**bow** 53:24
**brace** 53:16
  54:3
**bracing**
  19:22
**break** 20:14
  25:2 44:11
  44:16,19
  44:21,23
**breathing**
  30:3 66:4
  66:6,6,19
**breeze** 30:2
**bridge** 40:1

brief 6:4
briefly 7:12
bring 57:13
  63:10,14
broader
  29:4
brought
  4:11 8:6
  47:1 51:18
  51:23
  56:21,24
  56:25
  59:21
buckled 22:1
Budreau 1:7
  2:11 4:10
  32:11,12
  36:2,3
  43:19
  66:15,18
  66:22 67:1
  67:20,24
  68:10,22
  69:11,15
Budreau's
  36:23
  37:15
  40:25
  66:24
bumped
  36:14
burned 49:3
business
  7:23
butt 58:9

**C**

Caitlin 43:4
call 9:7,13
  9:14,20,24
  10:4,16
  13:20 14:7
  24:2 34:15
  63:22,24
called 38:4
calling 13:15
  14:1 60:6
calls 9:12,19
  30:20
calm 30:3
  66:6
camera 5:4
  34:23 35:5
  49:22,22
cameras

50:14
car 34:8
  36:19,23
  37:15
  51:19,23
  65:6
care 41:21
  62:19 65:3
  65:3
career 45:23
  46:8
CARLSON
  2:8
carries
  28:13
carry 65:6
case 1:6
  44:20 50:7
cases 47:12
  48:3
cause 73:12
caused
  38:25
causing 31:8
caveman
  62:13
cell 57:3
  58:15
certain 16:7
  22:21,23
  33:5 41:11
Certainly
  9:21
challenged
  28:20
chance
  23:20
change 22:5
  36:22 57:4
  57:5 60:1
changed
  28:23
chaotic
  10:11
characterize
  11:4
charge 67:3
check 71:18
checked
  37:22
chemical
  15:14
  48:20
chest 18:10
  21:5 40:7

42:20
chief 6:8,24
  7:3 8:17
child 40:16
cigarette
  14:21
circle 72:4
citizen 47:1
Claire 2:9
clarifies
  28:15
  42:17
clarify 64:6
  65:19
clean 58:21
clear 6:9,25
  7:1 14:22
  19:20 54:5
cleared 47:8
client 72:3
Cliff 3:17
  5:23,24
  6:13 8:6
  8:11 46:11
  46:20
  69:22,25
  70:9,19
  71:9
clinic 69:22
  70:1,3
close 72:12
closed 37:17
  51:2
closer 34:19
closest 20:5
  21:6 35:19
  35:20
cloth 31:21
  39:22,23
clothes 57:4
  57:5 58:22
  60:1
clothing
  56:23
  59:19
cloud 33:25
cold 30:8
combative
  22:4 32:8
  36:1 39:5
  52:14
  57:18 58:8
come 13:7,8
  14:13,15
  14:17,24

19:9 21:14
  23:4,5,7
  25:19
  28:20,21
  53:23
comes 5:10
  10:11
comfort
  61:18
comfortable
  16:24
coming 6:1
  9:24 10:4
  13:10 14:9
  14:10,18
  19:19
  23:11
commands
  15:7,22
  17:2
comment
  35:4
comments
  16:3
Commission
  73:24
company
  48:21
compared
  34:1
complained
  47:13 48:4
complaining
  29:6,9
  52:4,9
  63:21
complaint
  48:7
complaints
  47:1,23
  48:10
complete
  56:19
  59:10 67:5
completed
  27:18
  57:10,22
completely
  57:4
compliance
  53:5
complies
  28:9
complying
  22:18

compression
  24:11
Computer...
  73:15
concentrat...
  33:9
concern
  23:23
concerned
  36:11,14
condition
  66:11,20
conditions
  66:10
conduct 37:2
  67:4
confidently
  68:5
confirm
  45:10
considerat...
  31:24
considered
  32:5
consistent
  28:7,13
  32:23
  40:13
  42:12,15
  43:25
consumed
  64:22,25
consuming
  64:15
consumpti...
  64:13
contact 16:9
  21:8 49:4
  51:4
contacted
  51:5
contacts
  65:25
  66:16
containing
  17:16
continue
  32:18 44:2
continued
  14:13
  21:13,16
continues
  57:2
continuing
  5:15 27:11

32:3 37:8
  38:16 45:5
  45:14 46:6
  48:9 60:9
  61:5 62:6
  63:9 71:1
control 24:5
  24:12,14
  30:2 32:17
  36:5 53:4
  57:15
  58:10 66:6
conversati...
  66:25 68:2
  68:11
conversati...
  43:18
cool 30:11
  30:16
  34:13
cooler 30:8
cooperate
  14:23 15:9
  15:15 17:3
  18:18
  19:20
  21:16 43:6
cooperating
  52:23
cooperation
  16:2,15
  71:12
cooperative
  22:16 36:6
  52:15
  64:17
cooperativ...
  14:25
coordinati...
  70:11
copies 3:22
copy 4:21,22
  25:25 26:5
  26:10,23
  26:25 72:1
  72:2,8,8
corner 56:10
correct 20:3
  20:10
  24:24
  33:23
  35:21 36:7
  36:20,23
  36:24
  49:23

54:10,24
  68:21
correction
  35:2
Corrections
  8:9
correctly
  41:2
coughing
  23:6 33:9
  52:2
counsel 3:23
County 1:7
  2:11 6:10
  6:21 34:11
  34:20
  35:21
  55:16 56:6
  56:17 61:6
  61:21
  62:24
  63:11
  68:23
  70:12,20
  71:10 73:2
  73:7,23
couple 12:7
  13:20
course 44:16
  71:15
court 1:1
  5:11 26:11
  71:25 72:6
  72:9
Courte 6:12
  6:18
cover 49:10
covered 15:1
crack 20:16
crimes 6:11
criminal
  11:3
CRIVELLO
  2:7
Croix 73:2,7
  73:23
crying 40:14
cuffs 59:17
current 5:21
currently
  6:13
custody
  57:14
cut 40:1

**D**

daily 50:12
  70:13
damages
  38:4
danger
  24:12
  54:19,21
dark 13:2
Dated 73:21
Davenport
  6:7
day 1:15
  9:12 42:23
  43:1 65:1
  70:3 73:4
  73:21
days 65:10
  65:12
deal 28:17
dealing
  33:10
decentralize
  24:10
decided
  66:23
decontami...
  32:7 48:22
  68:20
decontami...
  37:4,12
  56:20
  63:18 67:9
  67:21
  68:12,18
decontami...
  29:20
  31:20 34:6
  35:20
  48:14,19
  56:21
  57:11,16
  57:24 58:1
  58:2,3
  59:3,6,15
  61:9,13
  68:25
Defendants
  1:9 2:10
definitely
  44:11 46:5
definition
  52:13
degree 22:21
  22:23

delay 27:2
demanding 14:20
denied 60:17
department 5:23,25 6:10,12,14 7:6 8:7,8 8:12,16 46:11,21 70:9,12,19 70:20
depends 52:13 64:24
deploy 19:17 21:11,12 45:24
deployed 46:7,10 55:11
deployment 29:19,21 38:24 39:3 48:15
deposes 4:3
deposition 1:14 5:11 26:14 72:11 73:3 73:16
deputy 6:9
describe 11:9,11 12:24 20:11 62:12
detail 69:3
detailed 68:16
details 12:10 13:24
detained 19:11 28:23 55:15
detect 38:20
detective 6:11,18
determina... 60:2,12
determine 38:25
device 50:11
Dewey 2:8

Dietrich 43:4,15
difference 26:9 57:25
different 31:1 65:9 65:10 69:4
differently 64:21
difficult 39:5
difficulties 50:16
difficulty 36:8
direct 15:23 21:13 27:22
directed 14:7
directing 15:8
direction 16:16 73:16
directly 21:7 22:9 55:4
disciplines 46:21
discomfort 22:3
discuss 68:19
discussed 64:12 66:22
discussing 61:21
discussion 68:16
dispatched 10:5 63:25
dispense 21:4,22
dispensed 20:1 33:19 68:4
dispensing 51:10
distract 5:4
distracted 31:17
DISTRICT 1:1,2
disturbance 42:25

disturbanc... 30:19
document 27:12 45:19
doing 18:11 31:24 37:5 37:9 42:18 59:22
domestic 10:6,16 30:19,20
door 11:17 11:18 16:17,18 16:19,20 17:3,4,5,8 17:9,23 18:22,22 19:1,2,3 19:23 20:16,19 20:24,24 21:14,17 21:25 22:8 22:25 29:12 32:14 36:18 37:17 51:2 52:22 53:14,17 53:24,24 53:25 58:16
doors 54:25
doorway 18:6
downstairs 11:12,24 12:5,14,17 12:19,21 12:24 13:1 13:3,19,21 25:4 28:16 33:15,18 33:21
drinking 16:6 39:7 39:9,13 40:11,14 40:20
driving 7:19 7:20
dropped

53:16
dropping 54:2,7
dry 58:21
duly 4:2 73:11
duty 60:16

E

earlier 42:18 56:2
early 9:15 55:10
Eau 2:9
effect 22:17 51:8,17
effects 33:11 49:2 64:4 64:14
efforts 16:1
either 21:25 50:5 71:22
elaborate 65:22
elbow 17:22 18:5,8,14 53:4
electronic 72:8
email 26:7 26:18
emailed 26:8
emergency 7:20
employer 5:21
employers 6:15
employment 6:16
EMS 63:22
EMTs 54:21
enclosed 23:15
encounter 12:25
encourage 15:9
encouraged 53:8 66:5
enforcement 6:2,5,6 7:9 7:16,19,19 15:2 31:13 45:23 46:8

61:2
entailed 7:13
enter 16:10 22:6
entered 23:2 24:1
entering 15:11 40:25
entice 15:14
enticed 53:8
entire 7:14 61:1
entrance 25:23 34:10
Eric 1:8,14 3:4 4:1,15 72:11 73:4
escort 25:22
escorted 36:19
escorting 55:15
estimate 49:7
evening 4:20 5:17 9:17 28:8,14 38:12 40:11 42:3 42:13 55:1
event 35:19 50:1
events 9:7 28:25 60:11
eventually 14:4,16,18 17:24 24:8 24:16 30:13
everybody 71:13
everyone's 26:24
evidence 70:23
exact 12:2 68:13
exactly 21:10 38:18
exam 41:6
EXAMIN...

3:3 4:4 49:19
exhibit 3:21 45:6,7,11 45:13,16 45:17 67:12
Exhibits 3:16 27:4
exited 28:22
experience 39:1 48:24 56:5 59:1 59:12 60:10 61:20 62:22 63:9 64:20 70:25
experienced 38:24 39:19
experiencing 33:12
Expires 73:24
explain 56:4 57:25 62:6 66:24
expletives 14:6 19:18
extent 39:13 39:21 60:6 70:23
extra 59:19
eye 57:6
eyebrows 30:14 58:18
eyes 29:6,11 30:2,4,5,6 30:8 33:10 38:23 40:12 52:4 52:8,9 56:12 58:17 62:17 63:19
eyewash 34:12 56:11,13 61:14 62:17

F

F-bombs 14:7
face 21:5 39:2,22,24 40:5,16 52:6 62:15
face-to-face 16:8
facedown 24:9
facial 62:13
facilities 30:7 34:17
facility 34:12 55:2 55:6 56:11
fact 34:22 35:4 47:8
facts 70:23
fair 9:2,6 23:17 33:14,17 35:2,2 36:6
far 13:24 40:8 61:15 70:8 71:11 71:15
Favret 26:18
February 1:15 4:20 8:19 9:3,8 27:19 73:4 73:21
feel 24:12 53:24,25 54:10 58:20
feeling 16:24
feet 18:23 39:4 53:3
fellow 48:5
felt 37:1
females 10:15 11:25 12:7
fight 22:2,11 22:13 39:11
fighting 22:4 23:25 24:6 32:8
figure 46:16
filed 48:6

find 12:7 13:2,12 47:5
finding 11:3
fine 5:8
finishing 41:1
firearms 7:20
firm 2:3,7
first 4:2 6:2 6:6 9:10 10:7 11:14 11:15 12:5 12:6 21:20 27:8 28:2 28:4 29:10 31:2 41:4 41:13 43:11 45:5 45:12 50:20 51:3 51:14 52:11 58:23 65:6 65:19 69:24 73:11
five 44:7 46:8,15 56:3
flashlight 13:4
flip 27:9,15
floor 18:23 24:9 25:11 32:17 53:16 55:8
fluctuated 8:23
flush 30:8 56:12,14 57:6 63:19
flushed 34:13
flushing 58:12
focus 4:17 39:14
follow 41:22
follow-up 42:22 44:21 60:13

JENSEN v. BAYFIELD COUNTY

ERIC SWAN
2/7/2022

77

61:15
followed
48:7
following
29:21
48:15
follows 4:3
foot 17:4
force 7:20
15:11 17:5
22:8 30:5
64:24
forced 22:25
forearm
16:21 17:9
17:14,19
17:20 18:8
18:10
forgive 34:3
form 3:17
27:17 32:1
38:14
formulate
34:5
forth 31:18
forwarded
26:12
found 34:24
47:6
four 6:1,20
8:24 10:15
55:14
free 24:7
freed 17:20
freely 43:9
58:16
freeze 34:2
fresh 30:1
fresher 23:5
Friday 26:9
70:8
front 11:17
11:18
24:10
25:23 26:1
26:2 27:7
27:11
29:12,12
31:11,22
33:2 34:3
45:7
fuck 19:18
full 28:4
67:13,16
full-time

8:17,25
fully 22:18
furnished
3:22
further
17:10
37:16

___ G ___
gaining 16:1
16:14
game 34:6
garage
34:10 56:8
56:10 58:5
61:13
gash 40:1
gate 40:16
gauze 65:21
general
13:15
21:21 29:9
generally
29:15
30:22,22
42:1
getting 20:7
20:9 23:11
29:12
35:24
37:23,24
38:3,5
give 6:4
14:20
19:25
26:19 27:3
27:14
46:15
given 31:24
73:17
giving 17:2
gloves 58:12
go 5:1,16
11:16
12:11,19
12:21
14:21
27:10 28:2
28:15
29:13 32:3
32:20,21
38:16 42:6
42:10
45:11 48:2
50:8,14

57:22
59:16 62:1
62:3 63:8
66:13
70:24
goes 43:8
going 4:16
4:16 5:3
12:8 14:23
14:24
15:10,13
33:20,21
33:24 38:1
38:8 46:19
48:17 49:7
49:9 50:9
50:9 57:11
60:5,23
61:24 63:3
63:5,18
64:6 67:13
67:19
70:22
good 4:6,7
30:11 45:1
gotten 58:20
grab 5:1
17:17
great 69:3
Gross 2:12
2:13 3:12
4:25 5:14
25:24 26:4
26:13,19
26:23 27:2
27:10 37:6
44:4,6,13
44:20,24
45:3,11
46:4 47:15
47:25 48:2
60:5 62:2
63:3,8
70:22
71:21,25
72:2
ground 54:3
grounds
61:25
grow 8:13
guess 20:11
46:4,5
53:18 64:6
64:19 71:5
guessing

46:3,12,13
55:20,23
56:2
guilty 47:7

___ H ___
hair 30:14
58:17
62:10,10
62:14,14
62:17
hallway 24:2
40:17
hand 17:11
17:25 18:4
18:4,8,12
57:20
handcuffed
58:6
handcuffs
24:5,20
25:14
54:12
56:22
handle
57:19
hands-on
15:13
happen
21:15
70:18
happened
9:7 12:9
14:19 17:1
18:20 19:8
21:11,18
21:23 23:2
24:3 34:16
54:9
happens
56:5 58:24
hard 38:18
38:25
40:18
harm 31:9
harmed
24:13
head 51:22
58:9
heading
52:10 59:8
hear 12:14
12:15
47:17
69:13

heart 66:9
66:20
heavily 23:6
40:15
help 31:4
36:12,17
43:23 53:8
helped 35:25
helps 30:9
hereto 73:20
hesitant
43:6
hey 44:1
high-low
46:14
highest 33:9
Hillsboro
6:8 7:5
history 6:5,5
46:22
hit 44:9
51:14,15
51:22 52:6
hold 24:11
53:5
holding 19:2
23:10
39:22
home 11:11
38:5 54:15
horizontal
40:1
horrible
11:8
hospital 35:7
41:15
hours 70:3,7
house 11:10
15:18
24:23,24
31:13
32:11
37:21,24
40:25 41:3
52:10 55:1
55:3,7
65:4,24
69:5,12
household
9:13
housekeep...
45:6
hurting 29:6
40:7

___ I ___
identified
31:11
identify 14:2
identity
37:23
ilk 45:25
imagine
16:24
imbibed
38:12
immediate
60:13
immediately
17:18
23:13
59:17
60:19,22
impaired
7:19
impression
31:15
53:15
incident
3:17 4:23
9:9 26:1
27:17,18
41:25 42:3
49:23
50:21 55:9
55:10,13
63:23
65:14,23
67:11 70:6
include 68:3
68:8
includes
7:15
Including
8:17
independent
35:12
42:16
INDEX 3:1
indicate
27:14
indicated
43:21
68:12
individual
16:5 55:11
55:15
57:13
59:13,25
60:12,21

61:7,9
63:10,12
63:14
64:13,25
individual's
16:2,15
individually
37:25
individuals
11:5 31:12
31:13
38:10 43:3
56:5,16
62:23,23
63:1 64:21
inebriated
38:9
information
11:19,22
45:21 67:7
initial 5:5
21:11 41:5
41:19,20
42:18
56:21 57:6
57:24 58:1
58:3 61:12
62:16
initially 13:2
13:4 17:13
30:16
36:19 51:2
51:25
injuries 10:6
39:18,21
42:19
inmate
60:14,15
60:18
61:17
inmates
61:22
inner 56:25
59:21
71:11
innocent
31:5
input 5:6
inside 15:20
16:17 22:9
40:4 50:22
54:13
56:22
57:22
58:14

instance
15:24
60:20
instances
45:22 46:2
55:25 56:4
59:2,25
61:6,20
intending
41:22
interaction
37:16
64:12
interactions
64:3 70:15
interested
73:20
interior
37:21
interpret
7:17
interview
42:22
interviewed
43:3
intoxicants
38:21
introduce
35:4
investigati...
37:2 44:3
67:5,8
Investigati...
7:21
investigator
6:11
involved
31:6 47:24
59:2,5
61:17
involving
47:9,14
48:10
Iowa 6:7
irritated
29:7
issue 71:4,8
issues 35:23
66:4,19
items 69:12

___ J ___
Jacobs 2:7
3:5,13 4:5
4:8,22 5:8

5:15 25:24
26:8,16,22
27:1,6,11
32:3 37:8
38:16 44:5
44:10,15
44:22 45:1
45:5,14
46:4 47:19
48:1,9
49:12
60:23
61:24 63:5
71:23
**jail** 34:11,20
35:21
55:16 56:6
56:9,18
57:1,14
58:4,15
59:14,22
61:7,21
62:24
63:11
67:22,23
68:23
**jailers** 57:15
63:1,11
**Jensen** 1:4
4:11 9:13
9:22 10:20
27:18 29:1
29:6 31:10
31:11,17
31:18
32:17 34:6
34:19 35:6
35:23
37:12,15
38:20
39:10
40:24
50:22 51:4
52:11,17
54:12
65:25 66:3
66:9,16,19
66:23 67:8
67:21
68:23
69:16,20
**Jensen-W...**
4:19
**Jerilyn** 2:7
4:8 44:4

**jewelry**
56:23
**job** 6:2,6
39:15
**Join** 62:2
**joint** 71:9
**jump** 43:10
**jurisdiction**
37:1 43:22
43:23 67:4

_____
**K**
**kicked** 36:13
**kicking** 58:9
**kind** 11:3
27:15
32:20
52:16
**kit** 65:7,13
65:15,20
**kitchen** 55:6
**kits** 65:8
**kneed** 36:13
**knees** 21:25
**knew** 34:18
**know** 5:12
10:20,25
11:12,14
12:9,17
13:10,14
16:7 21:8
21:10 26:2
26:4 32:22
34:24,25
38:8 42:12
42:20
43:10,23
44:6,15
47:5,11,12
47:12 48:4
48:8 50:18
51:4,7,25
52:1,5
53:8,12
60:4 62:25
63:15,20
66:5 69:11
70:5
**knowledge**
60:7,10
**known** 73:3

_____
**L**
**label** 11:2
**Lac** 6:12,18

**Lake** 6:9 7:1
**landing** 24:2
25:5,8,23
29:1,12
31:12 33:2
34:3
**large** 4:18
42:7
**largest** 25:4
**lastly** 31:6
**late** 9:16,17
**LaValle** 43:4
**law** 2:12 6:2
6:5,6 7:9
7:16 15:2
45:23 46:8
61:1
**lawsuit** 4:11
**layers** 56:23
59:19
**layout** 13:18
**lead** 43:24
**learn** 7:18
**learning**
7:16,16
64:3
**leave** 5:9
14:22
31:16 57:9
57:10
**left** 16:23
17:25
18:11 20:2
20:5 21:2
41:16 42:5
**legs** 18:24,25
20:18,23
22:1
**let's** 44:14
44:20
**level** 11:10
15:11 29:2
31:23
61:18
**levels** 11:10
**lift** 52:21
53:3
**limit** 46:19
**limiting** 61:2
**Lindsey** 2:3
2:4 3:6,11
5:2,3,13
32:1 38:14
44:17
49:15,17

49:20 60:8
60:9 61:4
61:5 62:6
63:9 71:1
71:19 72:6
72:7,10
58:13
33:22
**lines** 42:9
**litigator's**
44:9
**little** 10:11
13:13
22:11
24:16
29:15,17
30:1 31:1
64:7
**loaded** 34:8
37:17
**locked** 58:16
**long** 5:24
6:18,21,24
7:5 49:6
54:24
56:17
58:19
59:13
**longer** 44:7
22:15
63:16
**look** 12:5
20:16
23:20
28:10
32:21
35:11
39:24
42:10,11
45:6 49:9
**looked** 62:13
**looking** 20:8
26:15,17
40:12
55:23
**lot** 5:16 12:9
12:10
19:18,18
27:24
51:24
**loud** 12:15
**low** 8:24
**lower** 20:18
27:13
51:10

_____
**M**

**mad** 53:6
**magnitude**
9:22
**main** 2:13
24:25
25:10
58:13
**maintained**
36:5
**majority**
4:18
**making**
14:22
19:19
37:25
**male** 10:14
11:18,19
**manner**
48:23
**marked** 26:3
**material**
52:7
**matted**
62:18
**matter** 32:9
**Max** 2:3
44:21
**mean** 20:11
22:15
63:16
**meaning**
20:7
**means** 73:15
**medical**
34:17
40:21 65:2
65:3,7
66:10
69:22,25
70:3
**member**
46:11
**memorable**
9:21
**memory**
28:8,14,19
42:13 62:7
**mention**
38:22
**mentioned**
5:15 42:18
42:20 60:2
**met** 4:8
11:17 56:8
62:12

**Milwaukee**
48:17
**mind** 10:11
27:7,23
**minutes**
44:10,14
44:18 45:2
**missed** 8:9
69:24
**misspoken**
42:24
**misstates**
61:25
**mode** 22:4
**moment**
27:15 29:9
29:14 34:2
42:11
**momentar...**
39:24
**moments**
69:3
**Monday**
70:7
**mop** 62:10
**morning** 4:6
4:7 35:11
**move** 39:23
58:16
**multiple**
13:6 58:10
**mustard**
48:20

_____
**N**
**name** 4:8,13
10:18
11:23 38:2
39:15
**names** 10:21
**narrative**
68:9
**nasty** 16:3
**nature** 11:9
29:8 39:18
**necessarily**
23:11
65:11
**necessary**
56:13
**neck** 20:4
21:3 51:11
51:22
**need** 31:2
44:8,16

58:19,20
60:19
61:19 72:7
**needed**
57:18
**nervous**
13:13
**never** 4:8
32:6 38:25
60:16
62:12 70:7
71:3
**new** 48:20
**Nicole** 43:4
**night** 4:24
34:16 38:5
38:7 41:18
42:25
49:22
50:19,21
63:22
65:14,23
**non-aggre...**
31:6
**non-law**
31:13
**normal**
35:17
**normally** 9:5
57:9,17
58:5 71:16
**nose** 40:2
**Notary** 73:6
**notation**
5:12
**note** 41:24
**notes** 49:9
71:18
**notice** 51:21
55:2
**noticed**
51:18
**notices**
26:14
**Novak** 32:13
34:22 36:3
36:21
37:23
**number**
10:12 14:6
14:6
**numbers**
27:13
**nwcr@nw...**
1:23

_____
**O**
**oath** 4:2
49:1 73:9
**object** 60:5
60:23
61:24 63:3
63:5 70:22
**Objection**
32:1 38:14
**OBJECTI...**
3:10
**observe**
39:18
**observed**
60:14
61:11
67:17
**observing**
60:11
**OC** 17:24
20:2 21:12
22:10 23:6
23:13,18
29:19,21
33:3,5,22
38:24 39:3
45:24 46:7
47:9,14,24
48:11,15
48:19 49:2
52:2 55:11
55:17
56:15
58:13,20
61:7,22
62:25 64:2
64:4,8,9
64:14,23
67:22 68:4
68:18
**occasions**
56:18
**occupants**
54:14
**occur** 59:13
**occurred**
6:16 9:8
27:24
31:20
32:2
**odor** 33:3
38:21
**offhand** 9:2
12:4
**office** 2:12

JENSEN v. BAYFIELD COUNTY

ERIC SWAN
2/7/2022

79

5:10 6:19
6:22
**officer** 4:6
4:23 6:7
6:13 7:4
7:21 8:15
8:20 15:17
25:13,25
32:12,12
34:22 36:2
36:3,21
37:1,23
48:5 49:14
49:21
60:21 61:8
71:24
**officers** 8:25
25:14,15
25:19 31:3
36:11,17
54:21
58:10,11
61:11,16
62:19
**official** 48:6
**Oh** 22:24
**oil** 69:8
**okay** 5:7
7:24 9:6
11:15
12:19 18:7
18:13,16
21:2 22:13
22:18 23:2
23:13 25:3
26:21 27:1
33:1 42:14
44:22
47:25 51:9
**Olby** 43:4
**on-scene**
44:3
**once** 24:1
25:12
28:17
37:15,17
41:19
54:16,18
54:18,22
57:13
58:14
68:25
**one-second**
20:1 21:12
21:21

**ones** 59:16
**ongoing** 7:24
**open** 16:17
17:5 18:6
22:8 30:5
30:5 34:18
53:24 70:3
70:5,7
**opened**
41:13
53:14
**operable**
50:6,15,19
**operating**
34:7 71:13
**opinion**
54:13
**opinions**
30:10
**opportunity**
28:10
59:15 60:3
**opposite**
54:1
**order** 6:15
14:13
25:16
35:19
**Oreilles** 6:12
6:19
**original** 3:21
3:22
**outcome**
73:20
**outright**
68:8
**outside**
15:19
17:25 18:2
18:4 23:14
24:2 25:1
29:13 34:1
58:4 60:7
61:23
70:11
**overhead**
34:12
56:11,14
62:20
**overly** 63:4

**———**
**P**
**p.m** 72:12
**packet** 26:3
26:5,7

27:4
**page** 3:3
27:9,12,23
28:3,13,13
42:5,9
45:8 67:11
67:12,16
**pages** 27:8
27:14
**painful**
16:25
**paper** 72:7
**paperwork**
57:2,8,23
59:22
**paragraph**
28:1,4,12
32:20,20
32:22
67:14,16
**paragraphs**
42:7
**part** 20:5
24:23,23
24:24 50:7
56:19 57:1
57:2 58:4
58:13
59:22
63:20
69:24
**part-time**
9:1
**partially**
16:17
17:21
**particular**
43:5
**parties** 31:5
39:8 73:19
**parts** 20:19
20:21
**passed** 49:11
**Paul** 1:7
2:11
**peel** 62:14
**people** 10:12
10:25
11:20
41:18,20
47:13 48:4
64:15,16
**pepper**
17:24
19:12,15

19:16,17
20:2 33:6
45:24 47:9
55:16
67:22
**perpetrator**
10:23
30:25
**person** 10:19
12:14,23
13:7,8,11
13:13,16
14:2,5,13
14:15,17
14:18,20
15:8,8,14
15:18,20
15:23 17:3
18:17,21
28:17 31:8
31:10 34:8
34:10,13
38:18,21
57:18 58:5
58:10
61:12
65:16,18
**personally**
65:5
**phase** 59:3,7
**photographs**
37:22
42:22
**photos** 43:2
**physical**
10:5 16:11
**physically**
12:23
19:22
52:15
**pick** 53:2
**pinned**
16:18,20
**place** 24:4,5
35:1,19,20
58:3
**placed** 17:24
25:12
**Plaintiff** 1:5
2:6
**plan** 34:6
**please** 4:13
33:16
47:18
**Pledge** 18:11

**plenty** 44:25
**point** 12:9
12:11,19
15:2,16,17
16:4 18:17
19:11
20:15 22:7
24:15,17
29:3,13
31:10,17
32:6 33:1
36:16
37:19
47:11
52:15,24
53:6 57:16
**pointed**
28:18
**police** 5:23
5:25 6:7,8
6:12,13,14
6:24 7:6
7:15,21
8:6,15,16
8:20 46:11
46:20
48:18 70:9
70:19
**policies**
70:18 71:3
71:6
**polite** 71:12
**Polk** 6:10,21
**poor** 53:10
**port** 34:11
**portion**
11:13 55:3
57:8
**pose** 54:14
**position** 24:9
54:24
**possible**
34:14
**potentially**
60:7
**power** 44:14
**prepared**
42:2
**presence**
15:12
16:11
60:17
**present** 8:3
8:14 39:8
39:12 48:1

56:8,17
57:19
62:23
**pressing**
19:23
**pressure**
19:4 20:20
20:24 21:1
21:24
22:24
52:22
**pretty** 33:4
**previously**
34:15
**primary**
28:17
36:25
37:11 38:1
43:22 67:3
67:4
**print** 26:20
73:14
**prior** 7:4
39:2,2
62:19
63:25
**prison** 8:9
8:10
**private**
41:10
**probably**
25:4 64:15
**procedure**
34:7 71:14
**procedures**
70:18
**process**
56:20 57:1
57:22
**profile** 20:7
20:9,12
**prone** 24:8
**proper**
70:18
**protect** 31:5
**provide** 6:15
11:19,22
65:2
**provided**
59:24 60:3
68:14
**Public** 73:6
**pull** 17:18
36:10
**pulling** 36:9

**push** 18:25
**pushed**
20:20
**pushing**
17:3 21:14
**put** 17:15
24:19
25:25 27:6
31:18
33:22
35:25
36:12
58:21
**putting** 19:4
25:14 36:4
47:24

**———**
**Q**
**question**
27:16 28:7
29:4 32:2
35:3,3
38:15 45:9
45:17
47:18,22
51:20
53:10 62:3
63:16 66:8
67:13 68:3
71:5
**questioning**
5:5
**questions**
4:17,18
5:16,18
29:17
30:18
46:18
49:13,16
62:25
66:13
71:20,21
**quick** 35:11
**quicker** 37:4
67:9
**quickly** 34:8
37:13
**quiet** 13:4

**———**
**R**
**rag** 40:5
**range** 46:14
**reach** 57:20
**reaction**
51:16,18

51:21
**reactivated**
30:15
**read** 7:17
28:3,6
42:14
**readily**
23:22
**ready** 29:12
**real** 62:9
**really** 44:16
46:3 55:20
55:23 56:2
**reason** 37:11
39:12
69:13
**reasonably**
34:9,14
58:19
**recall** 8:23
9:2,14,20
9:24 10:3
10:4 12:4
13:18,24
14:6 16:22
25:20,21
29:3,10
31:1 32:14
35:8,10,17
35:23 36:2
40:9,23
41:2,11,12
41:15,17
43:18
48:12,13
48:17 51:6
55:6,9,12
55:14,19
61:6,8
62:9 64:3
64:11
65:14,17
66:17,21
67:1,24
68:10,14
68:16
69:17 71:8
**received**
26:14
29:18,20
29:24
30:10,10
30:18
**recollection**
12:13 29:5

JENSEN v. BAYFIELD COUNTY

ERIC SWAN
2/7/2022

80

32:10,12
32:25
35:12 38:9
42:16 43:5
43:21
49:24 62:7
66:1,25
69:19
**recollections**
9:11
**record** 4:14
5:2 45:4
55:24
73:16
**recorded**
73:14
**recording**
50:11
**recruit** 7:14
**Red** 3:17
5:23,24
6:13 8:6
8:11 46:11
46:20
69:22,25
70:9,19
71:9
**redactions**
27:20
**redirect**
41:24
71:23
**reduced**
73:14
**referring**
55:13
**refreshed**
28:19
**refreshment**
55:12
**regarding**
5:19 29:18
29:20
32:24 42:3
48:14
61:22
66:13
70:15 71:8
**regardless**
63:17
**related** 9:23
73:19
**relating**
70:14
**relative**

73:12
**relax** 30:4
**relay** 67:6
**reluctance**
43:14
**reluctant**
43:7
**remain** 57:8
67:2
**remainder**
32:19
42:10
**remained**
54:24,25
**remember**
9:15,19
10:5,7,12
12:2 25:16
35:25
40:21 41:9
41:13 49:1
62:4 66:7
68:1
**remiss** 46:17
**remotely**
1:17 2:5,9
2:14 73:4
**removed**
56:22
58:16
59:18,19
**repeat** 37:6
**rephrase**
60:8 61:4
71:1
**replaced**
50:16
**report** 3:17
4:21,23
5:17 7:22
9:9 12:12
19:25 26:1
26:24
27:17,21
32:20
38:22
41:14,25
42:2,11,21
55:24
67:11 68:4
68:9
**reported**
10:6 37:24
67:20,24
**reportedly**

31:8
**reporter**
5:12 71:25
72:6,9
**reporter's**
26:11
**reporting**
51:25
**representing**
2:6,10,15
**represents**
4:10
**request**
59:23
61:12,17
62:21
**requested**
60:21 61:8
**requests**
60:15
**requireme...**
8:4
**reservation**
69:23 70:1
**residence**
4:19 15:21
27:19
**resisting**
19:10,12
21:14
22:21,23
**respiratory**
49:3,4
52:1
**respond**
14:5 70:20
70:25
**responded**
50:20
**responders**
40:21 41:4
**responding**
9:14
**response**
9:22 14:1
19:14
35:17 64:1
71:9
**responses**
30:19
**rest** 57:23
**restate**
47:18
51:20
**restraining**

40:16
**restraints**
24:19
25:12 58:6
58:15,23
**results** 22:10
**retracted**
17:15,21
**retreating**
43:12
**retrieve**
33:20
**return** 16:3
39:10
**returned**
37:21 41:3
**review** 32:22
42:8
**reviewing**
35:10
**right** 23:10
26:22
27:22
33:22 38:2
44:15 45:1
47:17
50:23
51:19
53:20 64:9
67:18
**right-hand**
27:13
**rinse** 62:20
63:20
**road** 8:10
**role** 57:16
**room** 5:11
13:21,25
15:11,12
16:10 18:1
18:2,5,9
18:14,17
18:21 22:6
24:25,25
25:4 33:8
33:13 44:9
58:25 59:9
67:19
71:18
**rooms** 13:18
25:2
**RPR** 1:20
73:23
**rubber**
58:12
**run** 46:17

| **S** |
**S.C** 2:4,8
**safe** 31:3,4
34:9
**safety** 23:24
31:7 36:15
**sake** 26:11
**saline** 69:9
**saw** 42:24
51:17
**saying** 35:12
39:15 43:7
43:12 44:1
68:17
**says** 4:3 21:4
60:18
**scenario**
15:1
**scene** 10:7
11:1 15:17
31:5 32:7
36:25
41:16
43:19
54:22 67:2
70:21
**school** 7:14
**scope** 60:7
60:24
**scrape** 40:6
42:20
**scratch** 40:6
**scrub** 58:17
58:17,17
**search** 59:20
**searched**
59:18
**seat** 54:16
**second** 4:25
20:1 21:19
26:19 27:3
28:3 55:8
58:24 59:9
67:19
71:18
**secondary**
59:5,15
**secondhand**
67:7
**secure** 58:4
**secured**
54:12,18
54:22
**see** 13:3
14:14

20:13,15
20:17,18
20:19,21
22:9,9,10
23:21
39:25 40:8
45:2 49:9
50:6,25
51:11
52:17,25
53:19 54:6
60:20
62:15
**seeing** 21:6
35:18 36:9
39:2 43:1
59:8,12,16
60:16,18
60:20
61:23 62:5
**sense** 54:11
67:2
**sensitive**
6:11
**sent** 26:11
**sentence**
67:20
**sentences**
28:5
**Sergeant**
4:10 32:10
36:3,23
37:15
40:24
43:19
66:15,18
66:22,23
67:1,20,24
68:10,22
69:11,15
**seriously**
32:5
**set** 56:12
**seven-page**
27:12
**shampoo**
58:18
**sheriff** 1:7
4:10 71:10
**Sheriff's**
6:10,22
70:12,20
**shift** 9:16,16

9:18
**shoes** 35:24
35:25 36:4
36:12,18
**short-term**
30:12
**shot** 51:14
**shoulder**
17:8,22
20:3,4,5
21:3 51:10
**shoulder-n...**
51:16
**shoulders**
62:11
**shouting**
13:5
**shower**
30:13
34:12
56:11,14
57:4 58:19
59:10,10
59:17 60:1
60:13,19
60:19,22
61:9,23
62:20
63:20
68:15
**showering**
61:15
**shut** 17:10
53:17
54:25
**sic** 43:4
**side** 20:13
27:13 40:2
40:2 54:1
**signature**
45:10,15
45:16,18
**similar**
29:22
48:23 49:2
71:3
**single** 27:8
45:8
**sit** 32:24
**site** 65:4
**sitting** 50:25
53:19 54:7
**situation**
15:6 30:24
62:8

**six** 6:23 7:3
8:17,22,25
**Sixth** 2:4
**slam** 21:16
53:17,25
**slammed**
16:18
17:10
**slamming**
19:1 20:19
**slid** 18:21,22
**sliding** 17:21
**small** 8:12
23:16 65:8
65:19,20
**smash** 54:1
**smelled**
23:17
**soap** 69:9
**sober** 64:16
**socks** 36:1
**solution** 69:9
**somebody**
12:17 35:6
**soon** 34:9,14
59:21
**sore** 52:9
**sorry** 22:22
25:7 33:16
37:6 47:15
50:7 69:24
**sounded**
14:10
**Sounds** 45:1
**South** 2:8
**speak** 43:9
43:13 72:3
**specific**
43:18 48:3
49:24
63:15
64:11 66:1
66:7,10
68:19
70:10,14
70:17 71:6
71:7,11,15
**specifically**
29:11 50:2
69:18,19
71:8
**specifics**
68:1
**speculative**
63:6

JENSEN v. BAYFIELD COUNTY

ERIC SWAN
2/7/2022

81

spitting 58:8
split-level
  11:11
spoke 38:22
  41:18
spray 17:25
  19:12,15
  19:16,17
  20:2 21:8
  21:12
  23:13,18
  29:19,21
  29:22 33:3
  33:6,23
  45:24,24
  46:7 47:9
  47:10,14
  47:24
  48:11,15
  51:5 52:6
  55:11,17
  55:17 61:7
  61:22
  62:25 64:2
  64:5,8,9
  64:14,23
  67:22
sprayed
  21:19
  29:10 51:3
  52:6 55:16
  62:24
  63:12,13
  63:17
  64:13,15
  64:22
  69:16,20
squad 34:8
  36:19
  40:24
  51:19,23
  54:16,19
  65:6
squads 65:8
  65:9
St 73:2,7,23
Stacken
  1:20 4:3
  73:23
staff 8:18,22
  38:3 50:14
  56:9 57:19
  57:23
  60:16
  67:22

staffing 8:23
  9:3
stairs 13:22
  25:5,8,10
  36:14
stand 23:4
  52:12,12
  52:18,20
  52:25 53:2
  53:7,9,13
standard
  34:7 62:25
  71:13
standing
  51:1 53:16
  53:19,22
  54:7 57:17
start 28:16
  30:21
  53:22 71:2
started 6:6
  7:22 15:22
  22:1,13
  39:11 52:8
  52:21
  53:23
starting 15:7
  22:11,11
  41:5 42:8
  52:8 53:5
starts 28:2
  28:12
  67:16
state 4:13
  10:9 19:25
  73:1,7
statement
  25:25 26:6
  43:17
statements
  38:6,7
STATES 1:1
station
  34:12
  56:11,13
  61:14
  62:17
statutes 7:17
stay 30:3
  31:3,4
  43:8
stenotypy
  73:14
step 16:16
  29:14

59:23
stepping
  44:1
steps 30:23
  68:19,24
stinging
  29:7
stood 53:7
stop 5:3 17:3
  19:10,11
  21:13,14
stopping
  40:3
stories 37:25
story 41:20
straight
  13:22
  14:11 20:8
straightened
  18:24
street 2:8,13
  29:2
stretch 44:8
strike 11:7
  24:17
  64:19
  70:16
striking 19:3
strong 38:20
strongly
  23:17
struck 40:15
struggling
  24:6 36:9
subdue
  22:17
subject
  16:17
  23:24 24:4
  61:7 62:9
subjective
  52:16
subjects
  48:20
submitted
  50:6
subsequent
  59:3,6
successful
  16:1,14
sufficient
  57:7
suggesting
  67:1
suggestion

31:19
Suite 2:8
superiors
  48:9
supplies
  65:7
sure 20:13
  26:24 31:2
  37:25 38:1
  47:15,19
  58:3
Susienka 1:7
  2:11 4:11
suspect 16:8
suspensions
  46:24
Swan 1:8,14
  3:4 4:1,6
  4:15 49:14
  49:21
  71:24
  72:11 73:4
Swan's 4:23
  25:25
sweep 24:10
sworn 4:2
  73:11
system 8:9
  8:10 49:3
  49:5

—— T ——
T 2:3
take 9:6
  20:20
  22:11
  23:20 24:8
  24:9 30:23
  32:21
  39:24
  42:11
  42:11
  43:24 44:7
  44:11,16
  44:20,22
  51:17
  59:16
taken 1:15
  1:20 22:24
  35:6 36:22
  37:22 56:9
  57:3 62:18
  68:25
takes 58:3,9
talk 10:19

10:25
  41:21
  43:16
talked 12:6
  29:14
  48:10
talking
  29:10
  60:25
target 21:21
taught 15:5
  31:2
tell 5:21 7:12
  14:8 20:25
  33:5,11
  38:18 39:6
  68:13
  69:18,19
telling 14:17
  14:21
terms 11:7
  30:19
  33:20
Terri 1:20
  4:3 73:23
test 48:19
testified
  34:15
  50:22 51:3
  51:7 56:2
testify 73:11
testifying
  51:6 73:10
testimony
  60:6 61:25
  73:13,17
Thank 27:22
  49:13,17
  71:23
Thanks 45:3
theory 31:18
thereof 73:8
thick 23:13
  33:4
thickest
  33:15,17
  33:23
thing 26:13
  42:17
  52:16
things 5:18
  10:9 29:25
  35:1 36:25
  40:8 54:8
think 10:23

11:4 12:6
  25:21
  26:13
  33:24
  38:22
  40:25 51:7
  52:20 56:1
  66:5 71:17
third 9:17
  27:9
thoroughly
  57:5 59:18
thought 8:11
  26:12
threat 54:14
three 8:24
  9:3 11:25
  12:10 38:8
  55:14 72:9
throwing
  54:2
time 7:8,24
  8:22 10:2
  10:18,20
  17:12 18:1
  18:3 19:15
  19:17 20:6
  21:10,19
  22:19
  23:23
  25:17
  32:13 33:1
  34:5,18,23
  34:24
  35:14 36:7
  40:23 41:7
  41:23
  46:20
  48:13
  49:13,25
  50:13,25
  51:5,8,13
  54:11 55:9
  57:9,12
  65:9 70:5
  71:24
times 13:6
  46:8,10,15
title 8:14,19
today 4:16
  32:24
  35:13
told 11:23
  12:18,22
  13:11

19:10 23:4
  35:6 47:8
  59:9 60:17
towel 33:20
  57:20
towels 23:21
  69:6
traffic 7:18
trained
  29:25 32:6
  48:14,18
  63:16
training
  5:18 7:9
  7:25 8:3
  15:3 21:4
  29:15,18
  29:20,24
  30:10,18
  30:21,22
  48:17 49:6
  64:2,8,8
  64:11,18
  64:20
  70:10,14
  70:17,25
  71:6,7,15
transcript
  3:22 72:1
  72:3
Transcript...
  73:15
transfer
  41:1 66:23
  68:23
transferred
  40:24
transpired
  4:19
transport
  34:10 37:3
  41:14 44:2
  56:7 67:6
transported
  31:21
  34:19 41:8
  41:10
  56:16
trapped
  17:14,15
  17:19 19:6
treat 5:10
  64:21
treated 38:3
Tribal 6:12

tribe 69:22
  69:25
Tristan 1:4
  4:11 10:19
  11:24
  28:19
  67:21
true 73:16
truth 73:11
  73:12
try 15:7
  16:10 17:5
  17:9 30:2
  30:3 58:10
trying 11:2,2
  11:4 13:12
  15:8,14
  24:4,7,7
  32:16 35:3
  36:10,12
  41:9 48:21
  52:20 58:9
tub 54:4
turn 37:19
  39:16
  57:13
  67:12
turned 63:2
two 7:7
  11:10 24:1
  25:15 27:8
  28:5 32:15
  42:6,9
type 49:21
  50:10 58:2
  62:8 65:6
  66:10
typically
  50:10

—— U ——
uncovered
  39:25
undergo 7:9
understand
  36:8
understan...
  10:17 16:4
  32:33
  47:19
  68:24
understood
  15:22
  33:14
  36:24

underwent 7:8
unit 61:23
UNITED 1:1
units 50:16
unkept 62:11
unknown 47:20
unsteady 39:4
untrapped 17:6
up-to-date 8:3
upgraded 50:17
upper 17:7
  17:22 18:5
  18:14,25
  20:23 21:5
  40:7 42:20
upstairs
  11:25 12:4
  12:6,7,16
  28:16
  31:16,22
  34:1 55:3
use 7:19
  16:11 17:8
  19:12,15
  19:16
  24:10 47:9
  48:11
  56:14
  58:18 64:2
  64:4,24
  65:9
usually
  10:23 47:5
  58:7
utility 13:21

**V**

V 18:7
vague 63:4
vegetable 69:8
vehicle
  41:10
  54:13,23
  65:12,15
  66:24
verbal 15:7
  15:22 17:2

19:14
43:17
verbally 21:13
verify 27:17
victim 10:24
  30:24,25
  38:1
victims
  37:24,24
video 35:11
  35:15,18
  50:10
view 20:9,12
viewing 38:4
Village 6:9
violence 30:20
violent 12:23
violently 24:6
virtue 73:8
voice 13:5
  14:9,10
  22:5
volume 9:20
voluntarily 14:24
volunteered 36:24
  48:22
VS- 1:6

**W**

waiting 57:21
walk 5:17
  9:9 20:13
  32:19
walked 23:9
  27:24
  32:14
  33:13,25
want 9:6
  27:8 30:13
  30:17
  32:21 34:2
  39:14,16
  44:19
  45:20 54:5
  58:18 72:2
wanted 8:10
  9:10 39:10
  68:3,5
wanting

13:15 43:7
43:8
warned 19:9
  19:16
warning 21:19
wasabi 48:20
washcloths 23:22
Washeleski
  38:2 39:17
  41:6,7
  42:19 65:2
washing 61:15
wasn't 16:24
  20:8 22:16
  22:18
  23:10
  54:21 71:5
watched 35:15
water 30:8
  31:21
  33:20
  34:13 44:8
  62:16
watering 33:10
watery 38:23
  40:13
wave 43:10
way 9:18
  11:4 12:24
  21:20
  22:25 28:6
  41:15
  63:16,19
  64:18
  67:10
ways 31:19
we'll 5:16,17
  9:9 30:21
  32:18
we're 5:10
  33:1 34:9
  38:8 59:22
  63:16
We've 4:8
  8:24
wear 50:10
wearing
  36:1 49:21

58:11
65:25
wedge 17:4
wedged 18:23
went 12:4,5
  12:6,25
  13:22
  28:16
  41:10,15
  69:2
weren't 49:21
West 2:4,13
WESTERN 1:2
wet 58:11
  62:18
whatnot 30:15
WICKMAN 2:3
Wisconsin
  1:2 2:5,9
  2:14 6:8
  7:6,10,15
  8:1,8 73:1
  73:7,23
witness 2:15
  28:9 43:11
  73:10,13
  73:17
word 10:11
  40:19
words 12:2
  43:20
  68:13
work 9:5
  15:10,13
  70:13
  71:12,16
worked 52:11
working 8:8
  8:9 26:10
  26:25 31:3
  70:10
Works 44:24
worry 31:7
wouldn't
  10:18
  27:23
wrist 18:4
  53:4
write 38:7

43:15
writing 7:22
written 38:6
  38:7 46:21
wrongdoing 47:7
www.nwco... 1:22

**X**

**Y**

Yeah 7:2
  44:5
years 6:1,20
  6:23 7:3,7
  7:25 8:24
  9:3 12:10
  38:8 55:14
  61:1
yous 19:19

**Z**

Zoom 1:17
  2:5,10,14
  72:11 73:5

**0**

**1**

1 26:3 27:4
  27:14 45:6
  45:11,16
1-800-628-... 1:24
1:08 72:12
10 44:8,10
  44:13,18
  44:24 45:2
10- 44:22
10-29-2022
  73:24
106 2:13
11:03 1:16
120 2:8
15 44:18
15-minute 44:23
15-plus 7:25
18th 73:21
1981 6:6

**2**

2 26:3 45:7
  45:13,17

20-CV-99... 1:6
20-plus 61:1
2012 49:7
2013 49:7
2019 4:20
  8:19 9:4,8
  27:19
  55:10
2022 1:15
  73:4,21
24 70:3
220 2:4
25th 4:20
  9:8 27:19

**3**

3 3:17 26:3
  27:5,7,23
  28:13
  67:12
32,38 3:11

**4**

4 3:5 28:13
  42:5,9
  67:11,12
4:14 26:17
49 3:6

**5**

54701 2:9
54806 2:5,14

**6**

60,61,63
  3:13
60,62,63,70
  3:12

**7**

7 2:8 27:14
7th 1:15
  73:4